AO 440 (Rev. 06/12) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT

Clerk
District Court

for the

District of Northern Mariana Islands ▼

SEP 1 5 2014

for the Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| LI-RONG RADICH and DAVID RADICH | ) ) ) ) ) ) |
| _____ *Plaintiff(s)* | ) ) Civil Action No. CV 14-0020 |
| v. | ) |
| JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of Northern Marianas Islands | ) ) ) ) ) |
| _____ *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Commissioner James C. Deleon Guerrrero
Department of Public Safety
Jose M. Sablan Building
Caller Box 10007
Susupe, Saipan MP 96950

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daniel T. Guidotti, Esq.
Marianas Pacific Law LLC
2nd Floor, J.E. Tenorio Building
Middle Road, Gualo Rai
P.O. 506057
Saipan, MP 96950

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP - 5 2014 _____

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  COMMISSIONER JAMES C.DELEON GUERRERO

was received by me on *(date)*  9/9/14  .

☒ I personally served the summons on the individual at *(place)*  AT DEPARTMENT OF PUBLIC

SAFETY MAIN OFFICE IN SUSUPE,SAIPAN on *(date)*  9/10/14  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $  25.00  for travel and $  25.00  for services, for a total of $  25.00 / 0.00  .

I declare under penalty of perjury that this information is true.

Date:  9/10/14

_____
Server's signature

RAINALDO S.AGULTO    PROCESS SERVER
_____
Printed name and title

P.O.BOX 5340 CHRB SAIPAN MP 96950
_____
Server's address

Additional information regarding attempted service, etc: