OFFICE OF THE ATTORNEY GENERAL
Gilbert Birnbrich
Attorney General
James M. Zarones
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel:     (670) 237-7500
Fax:    (670) 664-2349
e-mail: jzarones@dps.gov.mp
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **LI-RONG RADICH AND DAVID RADICH,**  **Plaintiffs,**  v.  **JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands,**  **Defendant.** | Civil Action No. 14-0020  **STIPULATION TO EXTEND TIME** |

COMES NOW, Plaintiffs and Defendant, by and through their respective counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1(h), and hereby stipulate, and request this honorable Court approve an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint. The parties stipulate that the Defendant shall have until October 15, 2014, to answer or otherwise respond to Plaintiff's Complaint.

_____/s/_____
Daniel T. Guidotti  (#F0473 CNMI)
Marianas Pacific Law LLC
2nd Floor, J.E. Tenorio Bldg
Middle Road, Gualo Rai
PO Box 506057
Saipan, MP 96950
Tel (670) 233-0777
dan.guidotti@mpaclaw.com
Attorney for Plaintiff

_____/s/_____
James M. Zarones (T0102)
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg, 2nd Floor
Saipan, MP  96950-8907
Tel (670) 237-7500
jzarones@dps.gov.mp
Attorney for Defendant

OFFICE OF THE ATTORNEY GENERAL
Gilbert Birnbrich
Attorney General
James M. Zarones
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel:  (670) 237-7500
Fax:  (670) 664-2349
e-mail: jzarones@dps.gov.mp
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **LI-RONG RADICH AND DAVID RADICH,**<br><br>**Plaintiffs,**<br>v.<br><br>**JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands,**<br><br>**Defendant.** | Civil Action No. 14-0020<br><br>**AFFIDAVIT IN SUPPORT OF STIPULATION TO EXTEND TIME** |

COMES NOW James M. Zarones and declares as follows:

1. I am duly admitted to the practice of law in the Commonwealth and before this Court.

2. I am an Assistant Attorney General at the Office of the Attorney for the Commonwealth of the Northern Mariana Islands.

3. I represent the Defendant in the above-titled case.

4. The Commonwealth was properly served on September 10, 2014.

5. Plaintiff's Complaint contains challenges that implicate the Covenant and the Commonwealth Weapons Control Act.

6. Because of the complexity of the issues raised in the Complaint, the undersigned requires additional time to prepare an Answer or otherwise respond to the Complaint.

7. There have been no previous extensions of time in this case.

8. There are no deadlines previously set in this case.

RESPECTFULLY SUBMITTED.  OFFICE OF THE ATTORNEY GENERAL

DATED: September 29, 2014

/s/_____
James Zarones, Bar No. T0102
Assistant Attorney General
Office of the Attorney General
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed on September 29, 2014, with service requested to all parties of record.

/s/_____
James Zarones, Bar No. T0102
Assistant Attorney General
Office of the Attorney General
Counsel for Department of Public Safety
Commonwealth of the
Northern Mariana Islands