OFFICE OF THE ATTORNEY GENERAL
Gilbert Birnbrich
Attorney General
James M. Zarones
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel:     (670) 237-7500
Fax:     (670) 664-2349
e-mail: jzarones@dps.gov.mp
*Attorney for Defendant*

F I L E D
Clerk
District Court

OCT 01 2014

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LI-RONG RADICH AND DAVID RADICH,** | Civil Action No. 14-0020 |
| Plaintiffs, | **ORDER** |
| v. | |
| **JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands,** | |
| Defendant. | |

On September 29, 2014, the parties, through respective counsel, stipulated to extend the deadline for the filing of an answer or other responsive pleading to Plaintiffs' Complaint (ECF No. 1).

The request for an extension is granted and the Defendant shall answer or otherwise respond to the Complaint no later than October 15, 2014.

**SO ORDERED** this 1st day of October, 2014.

_____
HON. RAMONA V. MANGLONA
Chief Judge