F I L E D
Clerk
District Court
OCT 08 2014
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

IN RE THE APPLICATION FOR     )     CASE NO. 1:14-CV-00020
PRO HAC VICE ADMISSION OF     )
                              )
DAVID G. SIGALE               )
                              )
_____)

Petitioner states the following under the penalties of perjury:

Full Name: _____DAVID G. SIGALE_____

Other Names Known By: _____

Birth Date: _____January 30, 1971_____

Business Address and Contact Information: __799 Roosevelt Road, Suite 207__

_____Glen Ellyn, IL 60137_____

College and Graduation Date: ____Indiana University - Bloomington, IN____

_____B.A. - December 31, 1992_____

Law School, Degree, and Graduation Date: _____

__Georgetown University Law Center - Washington, D.C.; J.D. - May 27, 1996__

AO 72
(Rev. 08/82)

Petitioner has been duly admitted on the date shown and remains a member in good standing of the following courts (include Bar Numbers where appropriate):

| Jurisdiction | Admission Date | Registration Or Bar Number |
|---|---|---|
| Illinois | 11/07/2096 | 6238103 |
| United States Supreme Court | 11/30/2009 | |
| Seventh Circuit Court of Appeals | 05/29/2001 | |
| Eighth Circuit Court of Appeals | 05/01/2013 | |
| U.S. Dist. Court - Northern District of Illinois | 12/18/1996 | |
| U.S. Dist. Court - Central District of Illinois | 05/11/2011 | |
| U.S. Dist. Court - Western/Eastern Districts of Arkansas | 10/03/2013 | |

Petitioner's International Standard Lawyer Number (ISLN) is: _____.

Petitioner represents that he or she has not been suspended from the practice of law for misconduct or for any other cause, has not been denied admission to practice before any court, and has never withdrawn a petition to practice before any court before the court had ruled on it.

If I have within the preceding year of the date of this application been admitted to this court pro hac vice, the case for which I was admitted was:_____

_____

In accordance with Local Rule 83.5.f, or its successor, petitioner represents that he or she has associated with local counsel _____Daniel T. Guidotti_____, who has agreed to the requirements of Local Rule 83.5.f.

Petitioner asks that this petition to practice before the United States District Court for the Northern Mariana Islands in the above-numbered cause be granted.

DATED this __5th__ day of _____September_____, __2014__.

_____
Petitioner's Signature

AO 72
(Rev. 08/82)