F I L E D
Clerk
District Court
OCT 08 2014
for the Northern Mariana Islands
By_____
(Deputy Clerk)

**Daniel T. Guidotti**
**MARIANAS PACIFIC LAW LLC**
2nd Floor, J.E. Tenorio Building
Middle Road, Gualo Rai
P.O. Box 506057
Saipan, MP 96950
Tel.: (670) 233-0777
Fax: (670) 233-0776

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IN RE THE APPLICATION FOR PRO HAC VICE ADMISSION OF<br><br>DAVID G. SIGALE | ) Case No. 1:14-CV-0020<br>)<br>)<br>)<br>)<br>) |

    I hereby consent to serve as local counsel for David G. Sigale in the above captioned matter, pursuant to Local Rule 83.5 (d) and (f).

Dated: October 3, 2014        By:       /s/_____
                                           Daniel T. Guidotti, F0473