FILED
Clerk
District Court

OCT 08 2014

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

IN RE THE APPLICATION FOR ) CASE NO. 1:14-CV-00020
PRO HAC VICE ADMISSION OF )
)
DAVID G. SIGALE ) **ORDER ADMITTING**
) **PETITIONER PRO HAC VICE**
_____ )

**PURSUANT TO** the Petition for Pro Hac Vice Admission and the Local Rules of this Court, and good cause appearing,

**IT IS ORDERED** that _____DAVID G. SIGALE_____ is admitted pro hac vice to practice before this court in the matter entitled __Li-Rong Radich and David Radich v. James C. Deleon Guerrero__, upon taking of the oath.

**DATED** this __8th__ day of _____October_____, __2014__.

_____
Hon. Ramona V. Manglona
Chief Judge

AO 72
(Rev. 08/82)