# UNITED STATES DISTRICT COURT
for the
District of the Northern Mariana Islands

| | |
|---|---|
| LI-RONG RADICH and DAVID RADICH ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:14-CV-00020 |
| JAMES C. DELEON GUERRERO ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LI-RONG RADICH and DAVID RADICH

Date: 10/14/2014

*Attorney's signature*

David G. Sigale (#6238103 (IL))
*Printed name and bar number*

LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
*Address*

dsigale@sigalelaw.com
*E-mail address*

(630) 452-4547
*Telephone number*

(630) 596-4445
*FAX number*