OFFICE OF THE ATTORNEY GENERAL
Gilbert Birnbrich
Attorney General
James M. Zarones
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel:      (670) 237-7500
Fax:     (670) 664-2349
e-mail: jzarones@dps.gov.mp
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LI-RONG RADICH AND DAVID RADICH,**<br><br>**Plaintiffs,**<br>v.<br><br>**JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands,**<br><br>**Defendant.** | Civil Action No. 14-0020<br><br>**ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

**COMES NOW** Defendant James C. Deleon Guerrero in his official capacity as Commissioner for the Department of Public Safety in the Commonwealth of the Northern Mariana Islands, by undersigned counsel, hereby answers Plaintiffs' Complaint as follows:

## INTRODUCTION

1. This paragraph contains characterizations of this lawsuit and conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, denied except to admit that Plaintiffs seek declaratory and injunctive relief.

2. Admitted.

3. Admitted.

4. Admitted.

## JURISDICTION AND VENUE

5. This paragraph contains conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, denied.

6. This paragraph contains characterizations of this lawsuit and conclusions of law, not allegations of fact, and thus no response is required.

## PLAINTIFFS

7. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 7, and thus denies.

8. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 8, and thus denies.

## DEFENDANT

9. Defendant denies that James C. Deleon Guerrero has been sued in his personal capacity. Defendant admits the remaining allegations in this paragraph.

## STATUTORY BACKGROUND

10. Admitted.

11. Defendant admits that 6 CMC § 2204(a) states "[n]o person may acquire or possess any firearm, dangerous device, or ammunition unless the person holds an identification card issued pursuant to this article. The identification card is evidence of the holder's eligibility to possess and use or carry firearms, dangerous devices, or ammunition."

12. Admitted.

13. The Defendant admits that 6 CMC § 2222(e) prohibits the importation, sale, transfer, giving, purchasing, or possessing of handguns. The Defendant denies the remaining allegations in this paragraph.

**STATEMENT OF FACTS**

14. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 14, and thus denies.

15. Admitted.

16. Defendant admits that Plaintiffs did not receive a Weapons Identification Card. Defendant admits that Plaintiffs did not receive a decision on their applications for a Weapons Identification Card. Defendant denies the remaining allegations in this paragraph.

17. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 17, and thus denies.

18. This paragraph contains conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, denied.

**COUNT 1**

19. This paragraph reincorporates prior paragraphs and thus no response is required.

20. This paragraph contains conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, denied.

**COUNT 2**

21. This paragraph reincorporates prior paragraphs and thus no response is required.

22. This paragraph contains conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, denied.

**COUNT 3**

23. This paragraph reincorporates prior paragraphs and thus no response is required.

24. This paragraph contains conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, denied.

**FOR ALL COUNTS**

25. This paragraph reincorporates prior paragraphs and thus no response is required.

26. Admitted.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. This paragraph contains a request for relief and not allegations of fact, and thus no response is required.

32. This paragraph contains a request for relief and not allegations of fact, and thus no response is required.

33. This paragraph contains a request for relief and not allegations of fact, and thus no response is required.

34. This paragraph contains conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, denied.

35. This paragraph contains conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, denied.

36. This paragraph contains conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, denied.

**REQUEST FOR RELIEF**

The remainder of the Complaint contains Plaintiff's prayer for relief, to which no response is required.

| | |
|---|---|
| RESPECTFULLY SUBMITTED. | OFFICE OF THE ATTORNEY GENERAL |
| DATED: October 15, 2014 | /s/_____<br>James Zarones<br>Attorney for Defendant |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been electronically filed this 15th day of October 2014, with service requested to all parties of record.

OFFICE OF THE ATTORNEY GENERAL


/s/_____
James M. Zarones
Assistant Attorney General
