F I L E D
Clerk
District Court

OCT 15 2014

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| DAVID J. RADICH, et al., | Case 1:14-CV-00020 |
| Plaintiffs, | |
| v. | |
| JAMES C. DELEON GUERRERO, *in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands*, | **ORDER RE CASE MANAGEMENT CONFERENCE** |
| Defendant. | |

| | | |
|---|---|---|
| Daniel Guidotti, Esq. | David G. Sigale, Esq. | James M. Zarones, Esq. |
| Attorney for Plaintiffs | Attorney for Plaintiffs | Attorneys for Defendant |
| P.O. Box 506057. | 799 Roosevelt Rd., Ste. 207 | Caller Box 10007 |
| Boston, MA 02199 | Glen Ellyn, IL 60137 | Saipan, MP 96950 |

In accordance with Federal Rule of Civil Procedure 16 and Local Rule 16.2CJ, each of the above-named shall be present at the Case Management Conference, set for **Friday, October 31, 2014 at 8:30 a.m.**:

The parties shall be prepared to discuss:

(a)    Service of process on parties not yet served;

(b)    Jurisdiction and venue;

(c)    Track assignment;

(d)    Anticipated motions;

1

(e)     Anticipated or remaining discovery, including (1) limitation on discovery, (2) provisions for disclosure or discovery of electronically stored information, and, (3) any agreements the parties reach for asserting claims of privilege or of protection as trial-preparation material after production;

(f)     Further proceedings, including setting dates for discovery cut-off, pretrial and trial;

(g)     Appropriateness of special procedure such as consolidation of actions for discovery or pretrial, reference to a master or to arbitration, or to the Judicial Panel on Multi-district Litigation, or application of the Manual for Complex Litigation;

(h)     Modifications of the standard pretrial procedures specified by this Plan on account of the relative simplicity or complexity of the action or proceedings;

(i)     Settlement prospects;

(j)     Any other matter which may be conducive to the just, efficient, and economical determination of the proceedings, including the definition or limitation of issues; and,

(k)     Setting of dates for:

1. Joinder of all parties,
2. Motions to amend,
3. Discovery cut-off,
4. Status Conferences,
5. Discovery motion hearing date,
6. Dispositive motion cut-off,
7. Dispositive motion hearing date,
8. Settlement conference,
9. Joint pretrial order,
10. Final pretrial order, and
11. Trial.

In accordance with LR 16.2CJ.c, the Court recommends that this case be assigned to the expedited track.

The parties are reminded that dates chosen at the conference will not be susceptible to subsequent easy change.  Fed. R. Civ. P. 16(b)(4) provides in part that a case management scheduling order  "may be modified only for good cause and with the judge's consent."  To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's time table.  *See, e.g., Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed. R. Civ. P. 15 no longer applies once the case management scheduling order has been entered. *See Coleman v. Quaker Oats Co.*, 232 F.3d 1271, 1294 (9th Cir. 2000).

IT IS SO ORDERED.


DATED this 15th day of October, 2014.


_____

HON. RAMONA V. MANGLONA
Chief Judge