F I L E D
Clerk
District Court
OCT 30 2014
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANAS ISLANDS

| | |
|---|---|
| DAVID J. RADICH and LI-RONG RADICH,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>JAMES C. DELEON GUERRERO, in his  )<br>official capacity as Commissioner of the  )<br>Department of Public Safety of the  )<br>Commonwealth of Northern Marianas  )<br>Islands,  )<br>)<br>Defendant.  ) | Case No. 1:14-CV-0020 |

## ORDER GRANTING PLAINTIFFS' L.R.16.2CJ.e.1.(a) REQUEST FOR COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANATGEMENT CONFERENCE

This matter, before the Court on Plaintiffs David J. Radich and Li-Radich's L.R.16.2CJ.e.1.(a) Request for their counsel, David G. Sigale, to appear telephonically at the case management conference on October 31, 2014, (ECF 11) due notice to all parties, the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. Plaintiffs' Request is granted;

2. Attorney David G. Sigale is granted leave to appear telephonically at the case management conference of October 31, 2014.

_____
Hon. Ramona V. Manglona
Chief Judge

October 30, 2014
Date