F I L E D
Clerk
District Court

OCT 31 2014

for the Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

1:14-cv-00020                                                                 October 31, 2014
                                                                              8:55 a.m.

**DAVID J. RADICH and LI-RONG RADICH vs. JAMES C. DELEON GUERRERO**

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
           TINA MATSUNAGA, COURTROOM DEPUTY
           DANIEL GUIDOTTI, ATTORNEY FOR PLAINTIFFS
           DAVID SIGALE, ATTORNEY FOR PLAINTIFFS
           JAMES ZARONES, ATTORNEY FOR DEFENDANT

PROCEEDINGS:   CASE MANAGEMENT CONFERENCE

   Attorneys Daniel Guidotti and David Sigale appeared on behalf of the Plaintiffs. Attorney Sigale appeared telephonically. Attorney James Zarones appeared on behalf of the Defendant.

   Attorney Zarones apologized for being late, for he had thought the hearing was scheduled for 9:00 a.m., according to his calendar. Attorney Sigale stated his understanding regarding the error made by Defendant's counsel.

   Attorney Guidotti stated that the parties had met and conferred regarding proposed scheduling dates.

   Court, after hearing from counsel, set the deadline for the filing of Plaintiff's Motion for Summary Judgment on December 31, 2014. Defendant shall file his opposition by January 30, 2015. Plaintiffs' reply shall be filed by February 13, 2015. Court set the hearing for Plaintiff's motion on Thursday, March 5, 2015 at 9:00 a.m.

                                  Adjourned 9:05 a.m.


                                  /s/Tina Matsunaga, Courtroom Deputy

___

**CERTIFICATE OF OFFICIAL COURT RECORDER**

      I, Tina P. Matsunaga, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on <u>October 31, 2014</u>.  On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above entitled case.  I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).
___