IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANAS ISLANDS

| | |
|---|---|
| DAVID J. RADICH and LI-RONG RADICH,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of Northern Marianas Islands,<br><br>Defendant. | Case No. 1:14-CV-20 |

**ORDER GRANTING PLAINTIFFS' L.R.7.1.h.1 FIRST STIPULATED REQUEST FOR EXTENSION OF F.R.CIV.P. 56 SUMMARY JUDGMENT MOTION FILING DATE**

This matter, before the Court on Plaintiffs David J. Radich and Li-Rong Radich's L.R.7.1.h.1 First Stipulated Request for an extension of time to file their F.R.Civ.P.56 Motion for Summary Judgment, due notice to all parties, the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. Plaintiffs' Request is granted;

2. Plaintiffs shall have through January 10, 2015, within which to file their F.R.Civ.P. 56 submissions.

3. Defendant shall have through February 9, 2015 to file his Opposition.

4. Plaintiffs shall have through February 19, 2015 to file a Reply.

5. The Summary Judgment oral argument date of March 5, 2015, shall be rescheduled to March 12, 2015, at 8:30 a.m.

_____
Hon. Ramona V. Manglona
Chief Judge

December 31, 2014
Date

FILED
Clerk
District Court
DEC 31 2014
for the Northern Mariana Islands
By_____
(Deputy Clerk)