IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DAVID J. RADICH and LI-RONG RADICH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JAMES C. DELEON GUERRERO, in his ) <br> official capacity as Commissioner of the ) <br> Department of Public Safety of the ) <br> Commonwealth of Northern Marianas ) <br> Islands, ) <br> ) <br> Defendant. ) | Case No. 1:14-CV-20 <br><br> Hearing: March 12, 2015, 8:30AM |

**PLAINTIFFS' F.R.CIV.P. 56(a) MOTION FOR SUMMARY JUDGMENT**

NOW COME the Plaintiffs, David J. Radich and Li-Rong Radich, by and through undersigned counsel, and, pursuant to Rule 56(a) of the Federal Code of Civil Procedure (F.R.Civ.P. 56(a)), move this Honorable Court to enter summary judgment in their favor. A Memorandum in Support of this Motion will be filed at or near the time of the filing of this Motion.

Dated: January 10, 2015                                  Respectfully submitted,

                                                By:       /s/ David G. Sigale       
                                                        One of the Attorneys for Plaintiffs

Lead Counsel                                            Local Civil Rule 83.5(f) Counsel
David G. Sigale, Esq. (#6238103 (IL))                   Daniel T. Guidotti, Esq. (#F0473 (CNMI))
LAW FIRM OF DAVID G. SIGALE, P.C.                       Marianas Pacific Law LLC
799 Roosevelt Road, Suite 207                           2nd Floor, J.E. Tenorio Building
Glen Ellyn, IL 60137                                    Middle Road, Gualo Rai
Tel:  630.452.4547                                      P.O. Box 506057
Fax:  630.596.4445                                      Saipan, MP 96950
dsigale@sigalelaw.com                                   Tel: +1.670.233.0777
Admitted *Pro hac vice*                                 Fax: +1.670.233.0776
                                                        dan.guidotti@mpaclaw.com

                                                        *Attorneys for Plaintiffs*

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1. On January 10, 2015, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

2. Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                                        /s/ David G. Sigale
                                                  One of the Attorneys for Plaintiffs

| Lead Counsel | Local Civil Rule 83.5(f) Counsel |
|---|---|
| David G. Sigale, Esq. (#6238103 (IL)) | Daniel T. Guidotti, Esq. (#F0473 (CNMI)) |
| LAW FIRM OF DAVID G. SIGALE, P.C. | Marianas Pacific Law LLC |
| 799 Roosevelt Road, Suite 207 | 2nd Floor, J.E. Tenorio Building |
| Glen Ellyn, IL 60137 | Middle Road, Gualo Rai |
| Tel:  630.452.4547 | P.O. Box 506057 |
| Fax:  630.596.4445 | Saipan, MP 96950 |
| dsigale@sigalelaw.com | Tel: +1.670.233.0777 |
| Admitted *Pro hac vice* | Fax: +1.670.233.0776 |
| | dan.guidotti@mpaclaw.com |

*Attorneys for Plaintiffs*