# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DAVID J. RADICH and LI-RONG RADICH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JAMES C. DELEON GUERRERO, in his ) <br> official capacity as Commissioner of the ) <br> Department of Public Safety of the ) <br> Commonwealth of Northern Marianas ) <br> Islands, ) <br> ) <br> Defendant. ) | Case No. 1:14-CV-20 <br><br> Hearing: March 12, 2015, 8:30AM |

## PLAINTIFFS' LIST OF L.R.56(a)(1) EXHIBITS

1. Declaration of Li-Rong Radich;

2. Declaration of David J. Radich;

3. Sample "Applications for Weapons Identification Card;"

4. Website Screenshot from gov.mp/executive-directory/, dated January 10, 2015.

Dated: January 10, 2015                     Respectfully submitted,


                                   By:      /s/ David G. Sigale
                                            One of the Attorneys for Plaintiffs

| Lead Counsel | Local Civil Rule 83.5(f) Counsel |
|---|---|
| David G. Sigale, Esq. (#6238103 (IL)) | Daniel T. Guidotti, Esq. (#F0473 (CNMI)) |
| LAW FIRM OF DAVID G. SIGALE, P.C. | Marianas Pacific Law LLC |
| 799 Roosevelt Road, Suite 207 | 2nd Floor, J.E. Tenorio Building |
| Glen Ellyn, IL 60137 | Middle Road, Gualo Rai |
| Tel: 630.452.4547 | P.O. Box 506057 |
| Fax: 630.596.4445 | Saipan, MP 96950 |
| dsigale@sigalelaw.com | Tel: +1.670.233.0777 |
| Admitted *Pro hac vice* | Fax: +1.670.233.0776 |
| | dan.guidotti@mpaclaw.com |

*Attorneys for Plaintiffs*