IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DAVID J. RADICH and LI-RONG RADICH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JAMES C. DELEON GUERRERO, in his ) <br> official capacity as Commissioner of the ) <br> Department of Public Safety of the ) <br> Commonwealth of Northern Marianas ) <br> Islands, ) <br> ) <br> Defendant. ) | Case No. 1:14-CV-20 |

## DECLARATION OF LI-RONG RADICH

I, LI-RONG RADICH, am competent to state, and declare the following based on my own personal knowledge:

1. I am one of the Plaintiffs in the above-captioned matter.

2. I am a resident of Saipan, CNMI, and a resident alien lawfully admitted into the United States for permanent residence since 2009. I am a citizen of the People's Republic of China. I have been married to my husband David since 2009.

3. I have been and continue to be extremely concerned about the self-defense of my husband and myself. In 2010, while David was away and I was at home alone, our home was invaded and I was attacked and beaten, resulting in injuries including two broken ribs, facial contusions, and a suspected broken orbital bone and eye socket. I screamed out for help and that caused the home invader to leave. I eventually recovered physically, but my husband and I both incurred medical bills for my care.

4. CNMI's prohibition on my possession a handgun significantly limits my ability to protect my family and myself in the event of violence. At the same time, my inability (due to CNMI law) to obtain a Weapons Identification Card (WIC) for self-defense purposes significantly limits my ability to protect my family and myself in the event of violence.

5. On or about July 31, 2013, David and I applied to the CNMI Department of Public Safety for a WIC.

      6.      In the 60 days following our application, we received neither a WIC nor a denial.

      7.      As of the date of this Declaration, David and I have still not had our WIC applications approved or denied.

      8.      The Defendant has denied my husband and me the ability to legally register and possess handguns for immediate self-defense.

I declare under perjury that the foregoing is true and correct.

Executed this _____ day of January, 2015.

_____
Li-Rong Radich

6. In the 60 days following our application, we received neither a WIC nor a denial.

7. As of the date of this Declaration, David and I have still not had our WIC applications approved or denied.

8. The Defendant has denied my husband and me the ability to legally register and possess handguns for immediate self-defense.

I declare under perjury that the foregoing is true and correct.

Executed this ___9___ day of January, 2015.

_____
Li-Rong Radich

2