EXHIBIT 1-000001

OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
James M. Zarones (T0102)
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670)-664-9023
Fax: (670)-664-2349
e-mail: jzarones@dps.gov.mp
Attorney for Defendant Commonwealth

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI-RONG RADICH AND DAVID RADICH, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands, <br><br> Defendant. | Civil Action No. 14-0020 <br><br> **EXHIBIT 1** <br> **DECLARATION OF JAMES C. DELEON GUERRERO IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

I, James C. Deleon Guerrero, declare as follows:

1. I make this declaration on personal knowledge in support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment. If called as a witness, I could testify to the facts as stated in this Declaration.

2. I am the Commissioner of the Department of Public Safety for the Commonwealth of the Northern Mariana Islands.

3. I am not the Director of Finance.

4. I am not the Director of the Customs Division at the Department of Finance.

EXHIBIT 1-000002

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3
4  EXECUTED ON: 02/09/2015   _____
                              James C. Deleon Guerrero
5                             Commissioner
                              Department of Public Safety
6                             Commonwealth of the Northern Mariana Islands
                              Defendant
7

8

9  **CERTIFICATE OF SERVICE**

10  I hereby certify that the above and foregoing was electronically filed on February 9,

11  2015, with service requested to all parties of record.

12

13                                        /s/ _____
                                          James Zarones, Bar No. T0102
14                                        Assistant Attorney General
                                          Office of the Attorney General
15                                        Counsel for Department of Public Safety
                                          Commonwealth of the
16                                        Northern Mariana Islands