EXHIBIT 2-000001

OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
James M. Zarones (T0102)
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670)-664-9023
Fax: (670)-664-2349
e-mail: jzarones@dps.gov.mp
Attorney for Defendant Commonwealth

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI-RONG RADICH AND DAVID RADICH,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands,<br><br>Defendant. | Civil Action No. 14-0020<br><br>**EXHIBIT 2**<br>**DECLARATION OF OFFICER ERIC DAVID IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

I, Officer Eric David, declare as follows:

1. I make this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment. If called as a witness, I could testify to the facts as stated in this Declaration.

2. I make this declaration on personal knowledge and information contained in the business records of the Department of Public Safety that are currently housed at the Bureau of Information and Technology for the Department of Public Safety.

3. I am the Commander for the Bureau of Information and Technology at the Department of Public Safety.

EXHIBIT 2-000002

4. One of my responsibilities is to act as the records custodian for the Department of Public Safety.

5. I, or persons under my direct supervision, prepared the accompanying Exhibit A. I hereby certify that Exhibit A constitutes a record of regularly conducted business activity which was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; kept in the course of the regularly conducted business activity; and made by the regularly conducted activity as a regular practice.

6. I am the custodian of the attendance records for all the individuals that have taken the Mandatory Firearm Safety Class offered by the Department of Public Safety.

7. I have reviewed the Weapon Identification Card applications filed by Li-Rong Radich and David Radich and determined they were both received by the Department on or about July 31, 2013.

8. I have reviewed all Department of Public Safety attendance records for the Mandatory Firearm Safety Class for 2013, 2014, and 2015.

9. Based on my search of the attendance records I have determined that Li-Rong Radich and David Radich did not attend the Mandatory Firearm Safety Class.

10. I am the custodian of the firearm registrations for all firearms registered by the Department of Public Safety in the Commonwealth.

11. The registrations are created when the Department registers firearms.

12. Based on my search of the registration records, which begin in 1983 and end at the present in 2015, I have determined that the Department of Public Safety registered _914_ rifles, _301_ shotguns, and _0_ handguns.

EXHIBIT 2-000003

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: 02.06.15

Officer Eric David
Commander
Bureau of Information and Technology
Department of Public Safety
Commonwealth of the Northern Mariana Islands

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed on February 9, 2015, with service requested to all parties of record.

/s/
James Zarones, Bar No. T0102
Assistant Attorney General
Office of the Attorney General
Counsel for Department of Public Safety
Commonwealth of the
Northern Mariana Islands

EXHIBIT 2-000004

OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
James M. Zarones (T0102)
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670)-664-9023
Fax: (670)-664-2349
e-mail: jzarones@dps.gov.mp
Attorney for Defendant Commonwealth

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI-RONG RADICH AND DAVID RADICH, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands, <br><br> Defendant. | Civil Action No. 14-0020 <br><br> **EXHIBIT A** <br> **SUMMARY OF REGISTERED FIREARMS IN THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS** |

The information contained herein was compiled by reviewing each firearm registration in the possession of the Department of Public Safety. The firearm registrations totaled in this document are for the years 1983 through 2015.

**LICENSED FIREARMS IN THE COMMONWEALTH 1983 - 2015**

| TYPE | TOTAL REGISTERED |
|---|---|
| Rifle | 914 |
| Shotgun | 301 |
| Handgun | 0 |

Exhibit A
Summary of Registered Firearms
Filed in Support of Opposition to Motion for Summary Judgment
Page 1 of 2

EXHIBIT 2-000005

1  I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: 02.06.15  _____
Officer Eric David
Commander
Bureau of Information and Technology
Department of Public Safety
Commonwealth of the Northern Mariana Islands

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed on February 9, 2015, with service requested to all parties of record.

/s/ _____
James Zarones, Bar No. T0102
Assistant Attorney General
Office of the Attorney General
Counsel for Department of Public Safety
Commonwealth of the
Northern Mariana Islands

Exhibit A
Summary of Registered Firearms
Filed in Support of Opposition to Motion for Summary Judgment
Page 2 of 2