EXHIBIT 3-000001

OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
James M. Zarones (T0102)
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670)-664-9023
Fax: (670)-664-2349
e-mail: jzarones@dps.gov.mp
Attorney for Defendant Commonwealth

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI-RONG RADICH AND DAVID RADICH, <br><br> Plaintiffs, <br> v. <br><br> JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands, <br><br> Defendant. | Civil Action No. 14-0020 <br><br> **EXHIBIT 3** <br> **DECLARATION OF OFFICER DAVID HOSONO IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

I, Officer David Hosono, declare as follows:

1. I make this declaration on personal knowledge in support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment. If called as a witness, I could testify to the facts as stated in this Declaration.

2. I am a police officer employed by the Department of Public Safety for the Commonwealth of the Northern Mariana Islands.

3. I am the instructor for the Mandatory Firearm Safety Class offered by the Department of Public Safety.

4. I create a record of attendance for all the individuals that take the Mandatory Firearm Safety Class offered by the Department of Public Safety.

EXHIBIT 3-000002

5. The records are created at or near the time of the Mandatory Firearm Safety Class.

6. The records are kept in the course of regularly conducted government business.

7. It is a regular practice of the Department of Public Safety to create the attendance records.

8. The attendance records are given over to record custodian at the Bureau of Information Technology at the Department of Public Safety.

9. I do not recall an individual by the name of Li-Rong Radich or David Radich attending the Mandatory Firearm Safety Class offered by the Department of Public Safety.

EXECUTED ON: 09 FEB. 2015

David Hosono
Police Officer
Department of Public Safety
Commonwealth of the Northern Mariana Islands

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed on February 9, 2015, with service requested to all parties of record.

/s/
James Zarones, Bar No. T0102
Assistant Attorney General
Office of the Attorney General
Counsel for Department of Public Safety
Commonwealth of the
Northern Mariana Islands