EXHIBIT 11-000001

Amendment No. 37

November 20, 1976

PROPOSED AMENDMENT
TO ARTICLE I, SECTION 7

It is proposed that article I, section 7 of the draft Constitution be amended to read as follows:

Section 7: ~~Availability-of-a-Militia.--In-order-that-a-militia-be-available-if-necessary-in-times-of-emergency,-the-right-of-the-people-to-keep-and-bear-arms-shall-not-be-infringed.~~

<u>Gun Control. The legislature shall by law restrict the right of persons living in the Commonwealth to possess hand guns. The law enacted pursuant to this section shall contain no exceptions except those required for the public safety.</u>

Offered by,

*Joaquin S. Torres*
Joaquin S. Torres