EXHIBIT 13-000001

CONSTITUTIONAL CONVENTION
of the
NORTHERN MARIANA ISLANDS

VERBATIM JOURNAL (TRANSCRIPT)

Thirty-Sixth Day
Monday, November 22, 1976

(1) The Constitutional Convention of the Northern Mariana Islands was called to order at 9:25 a.m.

The Honorable Lorenzo I. Guerrero, President, presided.

(2) A moment of silent prayer was observed.

(3) The Convention Secretary called the roll. There were 38 Delegates present. Delegate Juan DLG. Demapan was excused. No Delegates were absent. A quorum was present.

Floor Leader Rasa: I move that the Delegate not in attendance be excused.

The motion was seconded and carried.

(4) ADOPTION OF THE JOURNAL

Floor Leader Rasa: I move that the Summary Journals of the 34th and 35th Days be adopted by the Convention.

The motion was seconded and carried.

Delegate Pedro Dela Cruz: I would like to ask that the Summary Journal of the 34th Day be changed on page 3, second paragraph, to reflect that I am the Acting Chairman of the Committee on Finance, Local Government and Other Matters, not the Committee on Personal Rights and Natural Resources.

President Guerrero: If there is no objection from the Floor, the Journal stands corrected.

(5) COMMUNICATIONS

Convention Secretary: We have three Communications. They are as follow:

Communication No. 8: Letter from Juan A. Sablan

Communication No. 9: Letter from A. C. Tenorio

Communication No. 10: Letter from Roger N. Ludwick

These Communications have been distributed to all the Delegates and will be placed in the record.

President Guerrero: I suggest that each Delegate should read these Communications, and if there are any comments you can contact the Chair or the Convention Secretary.

(6) COMMITTEE REPORTS

Vice-Chairman Francisco Palacios: The Committee on Personal Rights and Natural Resources has met and deliberated on all the proposed amendments to Article I of the draft Constitution. The Committee also reviewed all the suggestions made by government officials and other persons. The Committee recommends that Article I on "Personal Rights," as amended, be approved as presented by this Committee on Second and Final Reading by the Convention. The amended article includes several changes on the draft Constitution. Section 1: A clause has been added to this section prohibiting any law from prohibiting the "Traditional Art of Healing." The Committee believes that "Traditional Art Medicine," is an important art in the Northern Marianas' culture. Scientists have shown that traditional medicine has actual curative value, therefore, the "Traditional Art of Healing," deserves Constitutional protection.

EXHIBIT 13-000002 CONVENTION JOURNAL -- 36th Day
November 22, 1976

Section 2: The minor changes in this section are style changes recommended by the legal consultants and do not change the meaning of the provision.

Section 3, subsection (b): The words "electronic eavesdropping" have been added to clarify the intent of the subsection.

Section 4: The changes in this section are style changes only that do not change the meaning of the provision.

Section 7: The Committee recommends that this section be deleted and the words be replaced by adding the following words to the end of Article III, Section 10, including "a militia." The Committee on Governmental Institutions has submitted proposed amendments to that Article that does this. The Committee recommends this because they deleted Section 7 and want a guarantee of a militia incase of a typhoon or internal disorder. The Committee believes that all provisions dealing with emergencies should be complied in one place and that place is Article III, Section 10.

New Sections 7, 8 and 9: The changes in these sections are style changes recommended by the legal consultants and do not change the meaning of the provisions.

New Section 10: The changes in this section are style changes only. The word "public" is added to clarify that this does not apply to people in their own home.

The Committee makes specific recommendations with respect to proposed amendments assigned to it:

| Amendment No. | Introduced By: | Action Taken By Committee |
|---|---|---|
| 2 | F. Palacios | Withdrawn by introducer |
| 3 | F. Palacios | Included in revised Article I |
| 4 | F. Palacios | Withdraw by introducer. |
| 5 | J. Torres | Legislative matter. Committee recommends that Delegate withdraw amendment. |
| 37 | J. Torres | Legislative matter. Committee recommends that Delegate withdraw amendment........ |

President Guerrero: May I interrupt at this point, Vice-Chairman Palacios. I think the most appropriate time to give your report on the amendments which your Committee supports would be under item 8 of our agenda.

Vice-Chairman Palicios: Thank you, Mr. President. I will submit a written report regarding action taken by our Committee on each amendment. I thank you for the privilege of the Floor.

Vice-Chairman Pedro Dela Cruz: Since the Chairman of your Committee on Finance, Local Government and Other Matters was with the group that went to Guam, I sat in for him. Your Committee on Finance, Local Government and Other Matters has discussed Section 6 of the "Schedule: Transitional Matters." This was done on Saturday and Sunday. We discussed the specific problem regarding profession licenses. Yesterday we honored with the presence of three doctors and we discussed in depth the necessity of having doctors protected in that Section. The consultant and I will be drafting the transitional language so that we will be able to discuss this in Committee of the Whole.

Floor Leader Rasa: Your Committee which was assigned to conduct a public hearing in Guam met with many people and discussed the draft Constitution. Your Committee will be submitting a written detailed analysis of the hearing later on this afternoon. The discussion centered on the issue of "Land Alienation," and we have some related clippings to insert in the Journal. Your Committee felt that there was insufficient time provided for the students, which should not be construed as the fault of the Convention. At the same time, other American citizens residing in Guam felt that the "Land Alienation" provision is unconstitutional and we regret to inform the Convention that the day following the hearing, the Pacific Daily News came out with a position with evidently is not in conformity with the position of the Convention. We do have some written statements which will be submitted and accompany the written report of the Committee.

EXHIBIT 13-000003
CONVENTION JOURNAL -- 36th Day
November 22, 1976

President Guerrero: At this time I would like to ask the Chairmen of the Public Hearings Committees to please complete their reports and make copies available to each Delegate so they will have an idea of how the public feels.

(7) INTRODUCTION AND FIRST READING OF COMMITTEE RECOMMENDATIONS - None

(8) SECOND AND FINAL READING OF RECOMMENDATIONS

President Guerrero: As listed on the Order of Business for today's discussion in the Committee of the Whole is:

    Article I, regarding "Personal Rights"
    Article VI, regarding "Education"
    Article XVI, regarding "Corporations"
    Article II, regarding "Legislative Branch"

Floor Leader Rasa: I move that the Convention resolve itself into the Committee of the Whole.

The motion was seconded and carried.

President Guerrero: May I call on the First-Vice President, Benjamin Manglona, to Chair the Committee of the Whole discussion for this morning.

The Convention resolved into the Committee of the Whole at 9:40 a.m.

The Convention recessed while in Committee of the Whole. Recess was called at 10:55 p.m., to last until 9:00 a.m. the following day.

                        Respectfully submitted,

                        Pedro M. Atalig
                        Convention Secretary