EXHIBIT 14-000001

OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
James M. Zarones (T0102)
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670)-664-9023
Fax: (670)-664-2349
e-mail: jzarones@dps.gov.mp
Attorney for Defendant Commonwealth

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI-RONG RADICH AND DAVID RADICH,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands,<br><br>Defendant. | Civil Action No. 14-0020<br><br>**EXHIBIT 14**<br>**DECLARATION OF JAMES M. ZARONES IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

I, James Matthew Zarones, declare as follows:

1. I make this declaration on personal knowledge in support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment.

2. Exhibits four through thirteen are ancient documents located on the Northern Marianas Humanities Council webpage located at http:// northernmarianashumanities.org/

3. Exhibits four through thirteen appear to be in their original form and show no signs of alteration which would give rise to a suspicion concerning their authenticity.

4. Exhibits four through thirteen are in a historical archive maintained by the Northern Marianas Humanities Council. A historical archive is an appropriate place for the storage and maintenance of ancient documents.

EXHIBIT 14-000002

5. Exhibits four through thirteen have been in existence for twenty years or more.

I declare under penalty of perjury that the foregoing is true and correct.

OFFICE OF THE ATTORNEY GENERAL

EXECUTED ON: 2-9-15

James Zarones
Assistant Attorney General
Office of the Attorney General
Commonwealth of the Northern Mariana Islands
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed on February 9, 2015, with service requested to all parties of record.

/s/
James Zarones, Bar No. T0102
Assistant Attorney General
Office of the Attorney General
Counsel for Department of Public Safety
Commonwealth of the
Northern Mariana Islands