IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANAS ISLANDS

| | |
|---|---|
| DAVID J. RADICH and LI-RONG RADICH, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:14-CV-20<br>) |
| JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of Northern Marianas Islands, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendant. | ) |

## STIPULATION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT AS TO COUNT III ONLY, WITHOUT PREJUDICE

Plaintiffs, DAVID J. RADICH and LI-RONG RADICH, and Defendant, JAMES C. DELEON GUERRERO, by and through undersigned counsel, stipulate that Plaintiffs shall withdraw their Motion for Summary Judgment as to Count III only, without prejudice. Plaintiffs are still pursuing the pending Motion for Summary Judgment as to Counts I and II of their pending Complaint.

Respectfully submitted this 12th day of February, 2015.

| | |
|---|---|
| /s/ David G. Sigale | /s/ James M. Zarones |
| David G. Sigale | James M. Zarones |
| Law Firm of David G. Sigale, P.C. | Office of the Attorney General |
| One of the Attorneys for Plaintiffs | Attorney for Defendant |
| | |
| /s/ Daniel T. Guidotti | |
| Daniel T. Guidotti | |
| Marianas Pacific Law LLC | |
| One of the Attorneys for Plaintiffs | |

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

1. On February 12, 2015, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

2. Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                                                    /s/ David G. Sigale
                                                                     One of the Attorneys for Plaintiffs

| | |
|---|---|
| David G. Sigale, Esq. (#6238103 (IL)) | Daniel T. Guidotti, Esq. (#0473 CNMI)) |
| LAW FIRM OF DAVID G. SIGALE, P.C. | Marianas Pacific Law LLC |
| 799 Roosevelt Road, Suite 207 | 2nd Floor, J.E. Tenorio Building |
| Glen Ellyn, IL 60137 | Middle Road, Gualo Rai |
| Tel: 630.452.4547 | P.O. Box 506057 |
| Fax: 630.596.4445 | Saipan, MP 96950 |
| dsigale@sigalelaw.com | Tel: +1.670.233.0777 |
| Admitted *Pro hac vice* | Fax: +1.670.233.0776 |
| | dan.guidotti@mpaclaw.com |

*Attorneys for Plaintiffs*