OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
 Attorney General
James M. Zarones
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel:     (670) 237-7500
Fax:    (670) 664-2349
e-mail: jzarones@dps.gov.mp
*Attorney for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| LI-RONG RADICH AND DAVID RADICH,<br><br>**Plaintiffs,**<br>v.<br><br>JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands, and Larissa Larson, in her official capacity as Secretary of the Department of Finance of the Commonwealth of the Northern Mariana Islands,<br><br>**Defendants.** | Civil Action No. 14-0020<br><br>**STIPULATION TO EXTEND TIME** |

COMES NOW, Defendants, by and through counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1(h), and request this honorable Court approve an extension of time for Defendants to answer or otherwise respond to Plaintiffs' Complaint. The parties stipulate that the Defendants shall have until April 17, 2015, to answer or otherwise respond to Plaintiffs' Complaint. Presently, Defendant Guerrero must respond to the First Amended Complaint on or before April 5, 2015.

| | |
|---|---|
| _____/s/_____<br>Daniel T. Guidotti (#F0473 CNMI)<br>Marianas Pacific Law LLC<br>2nd Floor, J.E. Tenorio Bldg<br>Middle Road, Gualo Rai<br>PO Box 506057<br>Saipan, MP 96950<br>Tel (670) 233-0777<br>dan.guidotti@mpaclaw.com<br>*Local Counsel*<br>Attorney for Plaintiff | _____/s/_____<br>James M. Zarones (T0102)<br>Assistant Attorney General<br>Hon Juan A. Sablan Mem. Bldg, 2nd Floor<br>Saipan, MP 96950-8907<br>Tel (670) 237-7500<br>jzarones@dps.gov.mp<br>Attorney for Defendants |

_____/s/_____
David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
Tel: 630-452-4547
Fax: 630-596-4445
dsigale@sigalelaw.com
Appearing *Pro hac vice*

OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
 Attorney General
James M. Zarones
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel:	(670) 237-7500
Fax:	(670) 664-2349
e-mail: jzarones@dps.gov.mp
*Attorney for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI-RONG RADICH AND DAVID RADICH,<br><br>**Plaintiffs,**<br>v.<br><br>JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands, and Larissa Larson, in her official capacity as Secretary of the Department of Finance of the Commonwealth of the Northern Mariana Islands,<br><br>**Defendant.** | Civil Action No. 14-0020<br><br>**AFFIDAVIT IN SUPPORT OF STIPULATION TO EXTEND TIME** |

COMES NOW James M. Zarones and declares as follows:

1. I am duly admitted to the practice of law in the Commonwealth and before this Court.

2. I am an Assistant Attorney General at the Office of the Attorney for the Commonwealth of the Northern Mariana Islands.

3. I represent the Defendants in the above-titled case.

4. I am presently off-island and am not able to devote adequate time to properly respond to the First Amended Complaint on or before April 5, 2015.

5. There have been no previous extensions of time to respond to the First Amended Complaint.

6. There are no deadlines previously set in this case.

| | |
|---|---|
| RESPECTFULLY SUBMITTED. | OFFICE OF THE ATTORNEY GENERAL |
| DATED: April 3, 2015 | /s/_____<br>James Zarones, Bar No. T0102<br>Assistant Attorney General<br>Office of the Attorney General<br>Counsel for Defendant |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed on April 3, 2015, with service requested to all parties of record.

/s/_____
James Zarones, Bar No. T0102
Assistant Attorney General
Office of the Attorney General
Counsel for Department of Public Safety
Commonwealth of the
Northern Mariana Islands