OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
James M. Zarones
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel:     (670) 237-7500
Fax:    (670) 664-2349
e-mail: jzarones@dps.gov.mp
*Attorney for Defendants*

F I L E D
Clerk
District Court

APR 02 2015

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LI-RONG RADICH AND DAVID RADICH,** | Civil Action No. 14-0020 |
| **Plaintiffs,** <br> v. | **ORDER** |
| **JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands, and Larissa Larson, in her official capacity as Secretary of the Department of Finance of the Commonwealth of the Northern Mariana Islands,** | |
| **Defendants.** | |

On April 2, 2015, the parties, through respective counsel, stipulated to extend the deadline for the filing of an answer or other responsive pleading to Plaintiffs' First Amended Complaint (ECF No. 28).

The request for an extension is granted and the Defendants shall answer or otherwise respond to the Complaint no later than April 17, 2015.

**SO ORDERED** this 2nd day of April, 2015.

_____
HON. RAMONA V. MANGLONA
Chief Judge