OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
James M. Zarones
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 237-7500
Fax: (670) 664-2349
e-mail: jzarones@dps.gov.mp
*Attorney for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| LI-RONG RADICH AND DAVID RADICH, | Civil Action No. 14-0020 |
| Plaintiffs, | **STATEMENT OF NON-OPPOSITION** |
| v. | |
| JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands, and LARISSA LARSON, in her official capacity as Secretary of the Department of Finance of the Commonwealth of the Northern Mariana Islands, | |
| Defendant. | |

COMES NOW, Defendants, by and through undersigned counsel, pursuant to LR 7.1(c)(2) and Fed. R. Civ. P. 15(a)(2), and hereby state on the record that they stipulate to and otherwise do not oppose Plaintiffs' Motion for Leave to File Second Amended Complaint. Having given consent, the Defendants respectfully request that the Court consider Plaintiffs' motion at its earliest convenience, because the Defendants are presently required to answer the Plaintiffs' First Amended Complaint on or before April 17, 2015.

/s/_____
James Zarones (T0102)
Assistant Attorney General
Office of the Attorney General
Commonwealth of the Northern Mariana Islands
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed on April 14, 2015, with service requested to all parties of record.

/s/_____
James Zarones (T0102)
Assistant Attorney General
Office of the Attorney General
Commonwealth of the Northern Mariana Islands
Attorney for Defendants