OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
James M. Zarones
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel:     (670) 237-7500
Fax:    (670) 664-2349
e-mail: jzarones@dps.gov.mp
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| DAVID J. RADICH AND LI-RONG RADICH, <br><br>             Plaintiffs, <br>     v. <br><br>JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands, and LARISSA LARSON, in her official capacity as Secretary of the Department of Finance of the Commonwealth of the Northern Mariana Islands, <br><br>             Defendant. | Civil Action No. 14-0020 <br><br>**SECOND STIPULATION TO EXTEND TIME** |

COMES NOW, Plaintiffs and Defendants, by and through their respective counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1(h), and hereby stipulate, and request this honorable Court approve an extension of time for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint.

The parties stipulate that the Defendants shall not be required to Answer or otherwise respond to Plaintiffs' First Amended Complaint until the Court rules on Plaintiffs' Motion for Leave to File Second Amended Complaint. Thereafter, if the Court denies Plaintiffs' motion, then the Defendants shall have five calendar days to answer or otherwise respond to Plaintiffs'

First Amended Complaint.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Daniel T. Guidotti  (#F0473 CNMI) | James M. Zarones (T0102) |
| Marianas Pacific Law LLC | Assistant Attorney General |
| 2nd Floor, J.E. Tenorio Bldg | Hon Juan A. Sablan Mem. Bldg, 2nd Floor |
| Middle Road, Gualo Rai | Saipan, MP  96950-8907 |
| PO Box 506057 | Tel (670) 237-7500 |
| Saipan, MP 96950 | jzarones@dps.gov.mp |
| Tel (670) 233-0777 | Attorney for Defendant |
| dan.guidotti@mpaclaw.com | |
| Attorney for Plaintiff | |

OFFICE OF THE ATTORNEY GENERAL
Edward Manibusan
Attorney General
James M. Zarones
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel:     (670) 237-7500
Fax:    (670) 664-2349
e-mail: jzarones@dps.gov.mp
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| DAVID J. RADICH AND LI-RONG RADICH,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands, and LARISSA LARSON, in her official capacity as Secretary of the Department of Finance of the Commonwealth of the Northern Mariana Islands,<br><br>Defendant. | Civil Action No. 14-0020<br><br>**AFFIDAVIT IN SUPPORT OF STIPULATION TO EXTEND TIME** |

COMES NOW James M. Zarones and declares as follows:

1. I am duly admitted to the practice of law in the Commonwealth and before this Court.

2. I am an Assistant Attorney General at the Office of the Attorney for the Commonwealth of the Northern Mariana Islands.

3. I represent the Defendants in the above-titled case.

4. I am requesting an extension because it may be unnecessary for the Defendants to answer or otherwise respond to Plaintiffs' First Amended Complaint.

5. The Court previously granted an extension to Defendant James C. Deleon Guerrero to answer or otherwise respond to Plaintiffs' First Amended Complaint.

6. There are no other deadlines previously set in this case.

RESPECTFULLY SUBMITTED.     OFFICE OF THE ATTORNEY GENERAL

DATED: April 14, 2015

/s/_____
James Zarones, Bar No. T0102
Assistant Attorney General
Office of the Attorney General
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed on April 14, 2015, with service requested to all parties of record.

/s/_____
James Zarones, Bar No. T0102
Assistant Attorney General
Office of the Attorney General
Counsel for Department of Public Safety
Commonwealth of the
Northern Mariana Islands