F I L E D
Clerk
District Court
APR 14 2015
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LI-RONG RADICH AND DAVID RADICH, <br><br> Plaintiffs, <br> v. <br><br> JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of the Commonwealth of the Northern Mariana Islands, and LARISSA LARSON, in her official capacity as Secretary of the Department of Finance of the Commonwealth of the Northern Mariana Islands, <br><br> Defendants. | Civil Action No. 14-0020 <br><br> **ORDER GRANTING MOTION TO AMEND COMPLAINT** |

On April 13, 2015, Plaintiffs moved to file a Second Amended Complaint (ECF No. 30), which they attached (ECF No. 30-1). Defendants do not object (ECF No. 31), but seek a conditional extension of time to reply to the First Amended Complaint (ECF No. 32) if the Court denies Plaintiffs' motion to amend.

It is hereby ORDERED that Plaintiffs' motion to amend (ECF No. 30) is granted and the stipulated motion for an extension of time (ECF No. 32) is denied as moot.

It is further ORDERED that Plaintiffs shall serve the Second Amended Complaint on Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

**SO ORDERED** this 14th day of April, 2015.

_____
RAMONA V. MANGLONA
Chief Judge