*Rodich*

O'H AMERICAN GRILL
HYATT REGENCY O'HARE
CHECK:      1316
TABLE:      24/1
SERVER:     201 SYED
DATE:       NOV18'12  7:53PM
CARD TYPE:  VISA$
ACCT #:     XXXXXXXXXXXX4680
EXP DATE:   XX/XX
AUTH CODE:  02175G
            DAVID SIGALE

SUBTOTAL:              49.07
TIP:                   12.00
TOTAL:    /S/          61.07
CUSTOMER SIGNATURE

I AGREE TO PAY ABOVE TOTAL
AMOUNT

            GRATUITY INCLUDED
        FOR PARTIES OF 6 OR MORE

*Rodich*

O'H AMERICAN GRILL
HYATT REGENCY O'HARE
CHECK:      1150
TABLE:      11/1
SERVER:     318 KHET
DATE:       NOV24'13  9:48PM
CARD TYPE:  VISA$
ACCT #:     XXXXXXXXXXXX4680
EXP DATE:   XX/XX
AUTH CODE:  04605G
            DAVID SIGALE

SUBTOTAL:              60.64
TIP:                   11.—
TOTAL:                 71.64
SIGNATURE    /S/

I AGREE TO PAY ABOVE TOTAL
AMOUNT

            GRATUITY INCLUDED
        FOR PARTIES OF 6 OR MORE

**MARIANAS PACIFIC LAW LLC**
**(GENERAL OPERATIONS)**
PO BOX 506057
SAIPAN, MP 96950

1206

DATE 9-5-14

PAY TO THE ORDER OF Clerk, U.S. District Court    $ 400.00

four-hundred + 00/100 DOLLARS

**Bank of Hawaii**
P.O. Box 2900, Honolulu, HI 96846
boh.com

FOR Radich 2d am Complaint

⑈ 121405018⑈ 0032⋯549896⑈ 1206

```
Court Name: Northern Mariana Islands
Division: 1
Receipt Number: MPX100003398
Cashier ID: bertha
Transaction Date: 09/05/2014
Payer Name: DANIEL T. GUIDOTTI, ESQ.
------------------------------------
CIVIL FILING FEE
 For: DANIEL T. GUIDOTTI, ESQ.
 Case/Party: D-MPX-1-14-CV-000020-001
 Amount:         $400.00
------------------------------------
CHECK
 Check/Money Order Num: 1206
 Amt Tendered:   $400.00
------------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:        $0.00

CV 14-0020 LI RONG RADICH AND DAVID
RADICH v. JAMES C. DELEON GUERRERO,
in his official capacity - DPS
```

Return Check Fee $53.00

*Rudich*

```
==========================================
              BOOK ROAD STA
            NAPERVILLE, Illinois
                 605648527
                1615500569-0099
    09/08/2014 (630)922-9539 01:35:45 PM
==========================================

============== Sales Receipt ==============
Product           Sale  Unit     Final
Description        Qty  Price    Price
------------------------------------------

@@ ~~ SAIPAN MP 96950 Zone-8      $5.75
Priority Mail
Flat Rate Env
 2.30 oz.
 Expected Delivery: Thu 09/11/14
 USPS Tracking #:
 9114 9012 3080 3340 7847 22
 Includes $50 insurance

                               =========
Issue Postage:                    $5.75

                               ==========
Total:                            $5.75


Paid by:
Debit Card                        $5.75
   Account #:      XXXXXXXXXXXX4068
   Approval #:     153658
   Transaction #:  465
   23902936400
   Receipt#:       001568

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
******************************************
******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
******************************************
******************************************


In a hurry? Self-service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.

~~ Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
usps.com/ship/file-domestic-claims.htm
```

**MARIANAS PACIFIC LAW LLC**
**(GENERAL OPERATIONS)**
PO BOX 506057
SAIPAN, MP 96950

1210

DATE 9-12-14

PAY TO THE ORDER OF Reinaldo Agulto      $ 25.00

twenty - five +00/100      DOLLARS

**Bank of Hawaii**
P.O. Box 2900, Honolulu, HI 96846
boh.com

FOR Service on DPS

⑆121405018⑆ 0032″549896⑈ 1210

```
Court Name: Northern Mariana Islands
Division: 1
Receipt Number: MPX100003438
Cashier ID: daniel
Transaction Date: 10/08/2014
Payer Name: MARIANAS PACIFIC LAW LLC
-----------------------------------
PRO HOC VICE
 For: MARIANAS PACIFIC LAW LLC
 Case/Party: D-MPX-1-08-AA-000001-001
 Amount:        $250.00
-----------------------------------
CHECK
 Check/Money Order Num: 1217
 Amt Tendered:  $250.00
-----------------------------------
Total Due:       $250.00
Total Tendered:  $250.00
Change Amt:      $0.00


Return Check Fee $53.00
```



**Itemized Trip Receipt #  AM1941368**
**AM1941376**

**American Coach Limousine**
1550 West Fullerton Ave. Unit l
T:  6306290001
F:  6305905946
info@americancoachlimousine.com
www.americancoachlimousine.com

ONLINE BOOKING
AccountNumber:7327
Email:
Fax#:

**Trip Information**
DAVID SIGALE
Date:   Sunday, March 08, 2015
Pickup Time: 02:45 PM    Drop Time:   03:45 PM
Cell:         (630) 452-4547
Veh Type:   0
Pax:   2
Job#

**Pickup Information**

**Drop off Information**
CHICAGO OHARE (ORD)
CHICAGO ALL NIPPON
AIRWAYS Flt.# 7925

Basefare: $57.00
Gratuity: $0
Gratuity Extra: $10.00
Extra Stop: $0.00
Meet/Greet: $0.00
Extras: $0.00
Discount: $-5.00
Offpeak: $0.00
**TOTAL: $62.00**
Balance: $0.00

**Special Instructions**

**Hourly Details**

Page 1 of 2



**Itemized Trip Receipt #  AM1941368**
**AM1941376**

**American Coach Limousine**
1550 West Fullerton Ave. Unit l
T:  6306290001
F:  6305905946
info@americancoachlimousine.com
www.americancoachlimousine.com

ONLINE BOOKING
AccountNumber:7327
Email:
Fax#:

| Trip Information | |
|---|---|
| **DAVID SIGALE** | |
| Date: Wednesday, March 18, 2015 | |
| Pickup Time:  08:15 AM | Drop Time:  09:15 AM |
| Cell:  (630) 452-4547 | |
| Veh Type:  0 | |
| Pax:  2 | |
| Job# | |

**Pickup Information**
CHICAGO OHARE (ORD)
CHICAGO ALL NIPPON
AIRWAYS Flt.# 7939

**Drop off Information**

Basefare: $57.00
Gratuity: $0
Gratuity Extra: $10.00
Extra Stop: $0.00
Meet/Greet: $0.00
Extras: $0.00
Discount: $-5.00
Offpeak: $0.00
**TOTAL: $62.00**
Balance: $0.00

**Special Instructions**

**Hourly Details**

**Total Reservations:**  %TOTALRES%

| Base Rate | Gratuity | Discount | Other Charges | Total |
|---|---|---|---|---|
| $114.00 | $20.00 | ($10.00) | $0.00 | $124.00 |

# Thank You for Choosing United Airlines

## United Confirmation Number CX5NFQ

### Purchase Summary

| | |
|---|---|
| 2 Adult (18-64) | $3,628.00 |
| Additional Taxes/Fees | $249.20 |

**Price Details**

Trip Insurance *(Billed separately by Allianz Global Assistance)* — $250.08

**Total** — **$4,127.28**

**Payment Information**
Name of Cardholder: David G Sigale
Card Type: MasterCard

**MileagePlus Members:** Upon completion of this itinerary, you will earn up to **15,922 MileagePlus award miles.**\*

### Flight Details — United Confirmation Number CX5NFQ

#### Sun., Mar. 8, 2015 | Chicago, IL (ORD - O'Hare) to Saipan, Northern Mariana Islands (SPN)

Depart: 5:15 p.m. Sun., Mar. 8, 2015 Chicago, IL (ORD - O'Hare)
Arrive: 8:30 p.m. +1 Day Mon., Mar. 9, 2015 Tokyo, Japan (NRT - Narita)
Flight Time: 13 hr 15 mn
Distance: 6,274 miles
Flight: **UA7925** Operated by ANA All Nippon Airways.
Aircraft: **Boeing 777-300ER**
Fare Class: **Economy (L)**
Meal: **Meal** No Special Meal Offered.

Change Planes. Connect time in Tokyo, Japan (NRT - Narita) is 50 minutes.

Depart: 9:20 p.m. Mon., Mar. 9, 2015 Tokyo, Japan (NRT - Narita)
Arrive: 1:55 a.m. +1 Day Tue., Mar. 10, 2015 Guam (GUM)
Flight Time: 3 hr 35 mn
Distance: 1,558 miles
Flight: **UA874**
Aircraft: **Boeing 777-200**
Fare Class: **United Economy (H)**
Meal: **Dinner**

Change Planes. Connect time in Guam (GUM) is 50 minutes.

Depart: 2:45 a.m. Tue., Mar. 10, 2015 Guam (GUM)
Arrive: 3:35 a.m. Tue., Mar. 10, 2015 Saipan, Northern Mariana Islands (SPN)
Flight Time: 50 mn Travel Time: 19 hr 20 mn
Distance: 129 miles Total Distance: 7,961 miles
Flight: **UA5069** Operated by CAPE AIR DBA UNITED EXPRESS.
Aircraft: **ATR 42/72**
Fare Class: **United Economy (H)**
Meal: **None** No Special Meal Offered.

Note: Flight 5069 is serviced by a non-jet equipment type.

#### Fri., Mar. 13, 2015 | Saipan, Northern Mariana Islands (SPN) to Tokyo, Japan (NRT - Narita)

Depart: 3:10 p.m. Fri., Mar. 13, 2015 Saipan, Northern Mariana Islands (SPN)
Arrive: 4:00 p.m. Fri., Mar. 13, 2015 Guam (GUM)
Flight Time: 50 mn
Distance: 129 miles
Flight: **UA5078** Operated by CAPE AIR DBA UNITED EXPRESS.
Aircraft: **ATR 42/72**
Fare Class: **United Economy (H)**
Meal: **None** No Special Meal Offered.

Change Planes. Connect time in Guam (GUM) is 1 hour 5 minutes.

Depart: 5:05 p.m. Fri., Mar. 13, 2015 Guam (GUM)
Arrive: 7:55 p.m. Fri., Mar. 13, 2015 Tokyo, Japan (NRT - Narita)
Flight Time: 3 hr 50 mn Travel Time: 5 hr 45 mn
Distance: 1,558 miles Total Distance: 1,687 miles
Flight: **UA873**
Aircraft: **Boeing 777-200**
Fare Class: **United Economy (H)**
Meal: **Dinner**

Note: Flight 5078 is serviced by a non-jet equipment type.

#### Tue., Mar. 17, 2015 | Tokyo, Japan (NRT - Narita) to Chicago, IL (ORD - O'Hare)

Depart: 10:45 a.m. Tue., Mar. 17, 2015 Tokyo, Japan (NRT - Narita)
Arrive: 8:15 a.m. Tue., Mar. 17, 2015 Chicago, IL (ORD - O'Hare)
Travel Time: 11 hr 30 mn
Distance: 6,274 miles
Flight: **UA7939** Operated by ANA All Nippon Airways.
Aircraft: **Boeing 777-300ER**
Fare Class: **Economy (L)**
Meal: **Meal** No Special Meal Offered.

### Traveler(s)

Mrs.

Date of Birth:   /   /     Gender: Female

| | | |
|---|---|---|
| **Special Meals Request:** | Not applicable for this itinerary | |
| **E-mail Address:** | dsigale-law@yahoo.c | |
| **Home Phone:** | ( )    - United States | |
| **Business/Other Phone:** | (630) 452-4547 - United States | |
| **Seat Assignments:** | ORD - NRT: --- | |
| | NRT - GUM: 26G | |
| | GUM - SPN: 6D | |
| | SPN - GUM: 5D | |
| | GUM - NRT: 25E | |
| | NRT - ORD: --- | |

**Mr. David Glenn Sigale**

| | | | |
|---|---|---|---|
| **Date of Birth:** | / / | **Gender:** | Male |
| **Special Meals Request:** | Not applicable for this itinerary | | |
| **Seat Assignments:** | ORD - NRT: --- | | |
| | NRT - GUM: 26F | | |
| | GUM - SPN: 6C | | |
| | SPN - GUM: 5C | | |
| | GUM - NRT: 25D | | |
| | NRT - ORD: --- | | |

### Economy Plus
Purchase Economy Plus® seating and enjoy more space to relax. Book early for the best availability.



### Saipan Hotels
Hotel rates are available for Saipan.

Search Hotels >



### Saipan Car Rentals
Book with Hertz and save up to 40% and earn up to 1,250 miles per rental.

Search Cars >

**Important Travel Information:**

- The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security page.
- Any changes to your flight reservations may incur additional charges.
- Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
- Passport, visa and health requirements may apply for this itinerary. Each passenger must ensure he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State.
- Please read important information governing airline baggage liability limitations.
- You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.
- Special services are on a request basis and cannot be guaranteed.
- Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.

*Miles shown are the actual miles flown for this segment. Mileage accrued will vary depending on the terms and conditions of your frequent flyer program. United MileagePlus mileage accrual is subject to the rules of the MileagePlus program and, as provided therein, mileage will be credited in accordance with the terms and conditions of the MileagePlus Program in effect at the time of travel, not at the time air travel is purchased, booked or reserved, and accordingly miles may not be awarded for some tickets or miles may be awarded in an amount fewer than shown.

The fare information displayed when purchasing a ticket on united.com may show a total that includes the U.S. Federal Transportation Tax, even if other taxes and fees are listed separately. Please note that you may not earn PQD or award miles for the full amount of the displayed fare if it includes the U.S. Federal Transportation Tax, because this tax is not eligible to earn PQD or miles.

### Important Baggage Information

**Carry-on baggage allowed**
United accepts the following items, per customer to be carried on the aircraft at no charge:

- One carry-on bag no more than 45 linear inches or 114 linear centimeters (L + W + H) or 14 inches x 9 inches x 22 inches (23 x 35 x 56 cm)
- One personal item (such as a shoulder or laptop bag).

Learn more about carry-on baggage policy

**Checking bags for this itinerary**
Checked baggage service charges are collected at any point in the itinerary where bags are checked. The bag service charges below reflect a maximum outside linear dimension of 62 linear inches (157 cm)

| First and second baggage service charges per traveler as listed below: | | 1st bag | 2nd bag | Weight per bag |
|---|---|---|---|---|
| Sun., Mar. 8, 2015 | Chicago, IL (ORD - O'Hare) to Saipan, Northern Mariana Islands (SPN) | $0 | $70 | 50.0 lbs (23 kgs) |
| Fri., Mar. 13, 2015 | Saipan, Northern Mariana Islands (SPN) to Tokyo, Japan (NRT - Narita) | $0 | $70 | 50.0 lbs (23 kgs) |
| Tue., Mar. 17, 2015 | Tokyo, Japan (NRT - Narita) to Chicago, IL (ORD - O'Hare) | $0 | $70 | 50.0 lbs (23 kgs) |



**Check Your First Bag for Free**
Save up to $100 per roundtrip. Primary Cardmembers and a companion on the same reservation can check their first bag free on United-operated flights when purchasing tickets with their Explorer Card.

Learn more

These amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary. If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents when the flight is operated by United or United Express. For additional information regarding baggage charges, allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items or sporting equipment, visit united.com/baggage

dsigale@sigalelaw.com

| | |
|---|---|
| **From:** | Hotels.com <confirmation@mail.hotels.com> |
| **Sent:** | Thursday, February 19, 2015 8:20 PM |
| **To:** | dsigale@sigalelaw.com |
| **Subject:** | Hotels.com reservation confirmation 120985154068 - Hyatt Regency Saipan - Saipan |



Dear David,

Thanks for booking with us. You don't need to do anything else – just look forward to your stay. Your **Hotels.com Confirmation Number is 120985154068**.

Print receipt

If you want to know more or need to make any changes, you can manage your booking online.

Need another room? Book again

View your booking on the go
Use the Hotels.com app

Your booking is guaranteed and all paid for.

**Hyatt Regency Saipan**
**Hotel contact details**
Capital Hill Rural Branch
PO Box 5087
Saipan
96950
Northern Mariana Islands
+16702341234

1

| Check-in time | Check-out time | Hotel GPS coordinates |
|---|---|---|
| 3 PM | noon | 15.216, 145.718 |

| | |
|---|---|
| **Room:** | Standard Room, 1 King Bed, View |
| **Occupancy** | David Sigale, 2 adults |
| **Check in date** | Monday, March 9, 2015 |
| **Check out date** | Friday, March 13, 2015 |
| **Preferences** | Non Smoking, King Bed |
| | **Please note:** Preferences and requests cannot be guaranteed. Special requests are subject to availability upon check-in and may incur additional charges. |
| **Includes:** | Free WiFi |
| **Room details** | 355-sq-foot (33-sq-meter) room with a balcony |
| | **Entertainment** - Free WiFi and wired Internet access, cable channels |
| | **Food & Drink** - Minibar |
| | **Bathroom** - Hair dryer |
| | **Practical** - Rollaway/extra beds available on request |

| | | |
|---|---|---|
| **Room charges** | Monday, March 9, 2015 | $245.00 |
| | Tuesday, March 10, 2015 | $245.00 |
| | Wednesday, March 11, 2015 | $245.00 |
| | Thursday, March 12, 2015 | $280.00 |
| | Coupon applied (You've qualified for a $20 rebate! Be sure to print out the rebate coupon at http://www.hotels.com/deals/rebate/. Write in your name, hotel and dates of stay and mail after your completed stay to: Hotels.com Rebate Processing Department, 5000 West Kearney St., Springfield, MO 65803) | $0.00 |
| | Tax recovery charges and service fees | $152.25 |
| | Total | $1,167.25 |

**Your contact details**   dsigale@sigalelaw.com, 6304524547

Thank you for paying using your MasterCard ending in 4021. Your booking is guaranteed.

You'll need to pay any additional charges and fees incurred during your stay at

2

the hotel in their local currency. The hotel will ask you to pay a hotel-imposed resort fee of $40.00 when you check in or check out.

## You'll collect 4 nights after your stay

They'll appear in your account on 03/16/15

| Cancellation policy | Free cancellation until 03/06/15 |
|---|---|
| | • If you change or cancel your booking after 3:00 PM, 03/06/15 ((GMT+10:00) Guam, Port Moresby) you will be charged for 1 night (including tax) |
| | We will not be able to refund any payment for no-shows or early check-out. |

## Got a question?

If you've already checked in or have questions related to the property, contact Hyatt Regency Saipan at +16702341234

For other questions, check out our FAQs, or call our Customer Service team:

**United States**:
24 hours a day; 7 days a week.
800-246-8357
This call is free.

You'll need your **Hotels.com Confirmation Number 120985154068**.

If you've got time we'd like to ask you 2 questions about your booking.

View our Terms & Conditions and Privacy Policy related to your booking. Please print a copy to keep for future reference.

©2002-2015 Hotels.com L.P. All rights reserved. 5400 LBJ Freeway, Suite 500, Dallas, Texas 75240, USA. Hotels.com and Hotels.com logo are registered trademarks or trademarks of Hotels.com, L.P. Other product and company names mentioned herein may be the trademarks of their respective owners.

3



# Bank of America

**Cash Rewards**

LAW FIRM OF DAVID G SIGALE PC

February 14, 2015 - March 13, 2015

Company Statement

**Account Information:**
www.bankofamerica.com

**Mail Billing Inquiries to:**
BANK OF AMERICA
PO BOX 982238
EL PASO, TX 79998-2238

**Mail Payments to:**
BUSINESS CARD
PO BOX 15796
WILMINGTON, DE 19886-5796

**Customer Service:**
1.800.673.1044, 24 Hours

**TTY Hearing Impaired:**
1.888.500.6267, 24 Hours

**Outside the U.S.:**
1.509.353.6656, 24 Hours

**For Lost or Stolen Card:**
1.800.673.1044, 24 Hours

**Business Offers:**
www.bankofamerica.com/mybusinesscenter

## Payment Information

New Balance Total .....................................
Minimum Payment Due ................................
Payment Due Date .....................................

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a fee based on the outstanding balance:
$19.00 for balance less than $100.01
$29.00 for balance less than $1,000.01
$39.00 for balance less than $5,000.01
$49.00 for balance greater than $5,000.01

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

## Account Summary

Previous Balance .....................................
Payments and Other Credits ................
Balance Transfer Activity ....................
Cash Advance Activity .......................
Purchases and Other Charges ...........
**Fees Charged** .............................................
**Finance Charge** .........................................
New Balance Total .................................

Credit Limit ...........................................
Credit Available ....................................
Statement Closing Date ........................
Days in Billing Cycle ............................

## Cardholder Activity Summary

| Account Number Credit Limit | Total Activity | Payments and Other Credits | Balance Transfer Activity | Cash Advance Activity | Purchases and Other Charges | Fees Charged |
|---|---|---|---|---|---|---|
| **SIGALE, DAVID G** | | | | | | |

---

BUSINESS CARD
PO BOX 15796
WILMINGTON, DE 19886-5796

LAW FIRM OF DAVID G SIGALE PC
STE 3-207
799 ROOSEVELT RD
GLEN ELLYN, IL 60137-592207

Account Number:
February 14, 2015 - March 13, 2015

New Balance Total ..................................................
**Minimum Payment Due** ........................................
**Payment Due Date** ...............................................

**Enter payment amount**

$ 

☐ Check here for a change of mailing address or phone numbers.
Please provide all corrections on the reverse side.

Mail this coupon along with your check payable to:
**BUSINESS CARD,**
or make your payment online at
www.bankofamerica.com

 **Bank of America**

LAW FIRM OF DAVID G SIGALE PC

February 14, 2015 - March 13, 2015
Page 3 of 6

## Transactions

| Posting Date | Transaction Date | Description | Reference Number | Amount |
|---|---|---|---|---|
| | | **LAW FIRM OF DAVID G SIGALE PC** Account Number: | | |
| | | Payments and Other Credits | | |
| | | TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD | | |
| | | **SIGALE, DAVID G** Account Number: | | |
| | | Payments and Other Credits | | |
| | | TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD | | |
| | | Purchases and Other Charges | | |
| 02/20 | 02/20 | HOTELS.COM120985154068  800-246-8357 NV | | 1,167.25 |
| 03/02 | 03/01 | AMERICAN COACH LIMOUSI  06304246176 IL | | 62.00 |
| 03/02 | 03/01 | AMERICAN COACH LIMOUSI  06304246176 IL | | 62.00 |
| | | TOTAL PURCHASES AND OTHER CHARGES FOR THIS PERIOD | | |

## Finance Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Finance Charges by Transaction Type |
|---|---|---|---|
| PURCHASES | | | |
| CASH | | | |

*V = Variable Rate (rate may vary), Promotional Balance = APR for limited time on specified transactions.*

## Important Messages

Your credit card now has an added security feature. To learn more about EMV chip card technology, visit bankofamerica.com/businesschipcard.

## Cash Rewards for Business Summary

| | | |
|---|---|---|
| Beginning Balance | Monthly Bonus | |
| Earned | Transferred In | |
| Redeemed | Transferred Out | |
| Adjustments | **Ending Balance** | |

To redeem your cash rewards call 1.800.673.1044, or visit www.bankofamerica.com



LAW FIRM OF DAVID G SIGALE PC

Cash Rewards    March 14, 2015 - April 13, 2015    Company Statement

**Account Information:**
www.bankofamerica.com

**Mail Billing Inquiries to:**
BANK OF AMERICA
PO BOX 982238
EL PASO, TX 79998-2238

**Mail Payments to:**
BUSINESS CARD
PO BOX 15796
WILMINGTON, DE 19886-5796

**Customer Service:**
1.800.673.1044, 24 Hours

**TTY Hearing Impaired:**
1.888.500.6267, 24 Hours

**Outside the U.S.:**
1.509.353.6656, 24 Hours

**For Lost or Stolen Card:**
1.800.673.1044, 24 Hours

**Business Offers:**
www.bankofamerica.com/mybusinesscenter

### Payment Information

New Balance Total ..............................
Past Due Amount ..............................
**Minimum Payment Due** ..................
**Payment Due Date** ..............................

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a fee based on the outstanding balance:
$19.00 for balance less than $100.01
$29.00 for balance less than $1,000.01
$39.00 for balance less than $5,000.01
$49.00 for balance greater than $5,000.01

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

### Account Summary

Previous Balance ..............................
Payments and Other Credits ................
Balance Transfer Activity ...................
Cash Advance Activity ..........................
Purchases and Other Charges ..............
**Fees Charged** .....................................
**Finance Charge** ................................
New Balance Total ..............................

Credit Limit ..........................................
Credit Available ...................................
Statement Closing Date ......................
Days in Billing Cycle ...........................

### Cardholder Activity Summary

| Account Number Credit Limit | Total Activity | Payments and Other Credits | Balance Transfer Activity | Cash Advance Activity | Purchases and Other Charges | Fees Charged |
|---|---|---|---|---|---|---|
| **SIGALE, DAVID G** | | | | | | |

---

Account Number:
March 14, 2015 - April 13, 2015

New Balance Total ................................................
**Minimum Payment Due** ....................................
**Payment Due Date** ..........................................

BUSINESS CARD
PO BOX 15796
WILMINGTON, DE 19886-5796

**Enter payment amount**

$ _____

☐ Check here for a change of mailing address or phone numbers. Please provide all corrections on the reverse side.

LAW FIRM OF DAVID G SIGALE PC
STE 3-207
799 ROOSEVELT RD
GLEN ELLYN, IL 60137-592207

Mail this coupon along with your check payable to:
BUSINESS CARD,
or make your payment online at
www.bankofamerica.com



LAW FIRM OF DAVID G SIGALE PC

March 14, 2015 - April 13, 2015
Page 3 of 4

## Transactions

| Posting Date | Transaction Date | Description | Reference Number | Amount |
|---|---|---|---|---|

**LAW FIRM OF DAVID G SIGALE PC**
Account Number:

**SIGALE, DAVID G**
Account Number:

Payments and Other Credits

Purchases and Other Charges

| 03/16 | 03/14 | HYATT HOTELS     SAIPAN 96950 MNP | | 252.00 |
|---|---|---|---|---|
| | | Arr: 03/09/15  Dep: 03/13/15  Inv: 0000430830 | | |

TOTAL PURCHASES AND OTHER CHARGES FOR THIS PERIOD

## Finance Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Finance Charges by Transaction Type |
|---|---|---|---|
| PURCHASES | | | |
| CASH | | | |

*V = Variable Rate (rate may vary), Promotional Balance = APR for limited time on specified transactions.*

## Important Messages

## Cash Rewards for Business Summary

| | |
|---|---|
| Beginning Balance | Monthly Bonus |
| Earned | Transferred In |
| Redeemed | Transferred Out |
| Adjustments | **Ending Balance** |

To redeem your cash rewards call 1.800.673.1044, or visit www.bankofamerica.com

**** Copy ****
**Revolving Restaurant 360**
PMB 306 Box 10000
Radich - $30
Saipan, MP 96950
(670)234-3600

| Table 10 | Till 20 |
|---|---|
| 1:25 18107 | Khat |

$12
Special Fish $1
360 B B Q Ribs $14.9

Item Count 3      Subtotal $40.

Sales Tax $0.00

Receipt 18128     **Total: $40.97**

Cash $100.00
Change $59.0

Thank you

---

CAFE AT THE PARK
JAVA BEACH
TEL#(670)233-1010
TEL#(670)233-1012
SAIPAN MP 96950
PHILLY CH ST 9.95
CHIC BAC CHE 9.95
20      04.25
ESP AME LATT 8.50
ITEM CT  4
TOTAL
         28.40
CASH TD .  30.00
CHANGE     1.60
10:45AM 03-13-2015
1013 CLERK01

Radich (½)