

United States | English (javascript://)    Contact us (https://www.united.com/web/en-US/content/Contact/default.aspx)

Search united.com

Hi Mr. David Glenn Sigale
View Account (https://www.united.com/web/en-US/apps/account/account.aspx)
Sign out (https://www.united.com/web/en-US/apps/account/signout.aspx)

Reservations (https://www.united.com/web/en-US/content/reservations/default.aspx)

Travel information (https://www.united.com/web/en-US/content/travel/default.aspx)

Deals & offers (https://www.united.com/web/en-US/content/deals/default.aspx)

MileagePlus® (https://www.united.com/web/en-US/content/mileageplus/default.aspx)

# Thank you for choosing United

✓ Note: Your request for trip cancellation and interruption insurance has been sent. You will be billed $184.76 separately and will receive an email receipt outlining the program from Allianz Global Assistance. For questions regarding your insurance, please contact Allianz Global Assistance at 1-800-496-6821.

A confirmation email has been sent to: dsigale@sigalelaw.com



Economy Plus
Secure more legroom for your flight today.
Learn More
...aign=Econ_F



Earn 1,000 - 10,000 miles per hotel night.
Book your stay with Rocketmiles and earn thousands of MileagePlus miles.
Search Hotels



Hertz
Enjoy up to 40% off and earn 2,750 miles on rentals of 1 or more days.
Book with this offer
...m=uacom&i



MileagePlus Club
UNITED CLUB℠ MEMBERSHIP AND MORE
$100 statement credit
LEARN MORE ▸
(https://www.theexplorercard.com/Club100SC?cell=W32&int_source=loyalty&mode=d&int_medium=uacom2&int_cam 06-23)



UNITED
eco-skies™
COMMITMENT TO THE ENVIRONMENT (https://www.united.com/web/en-US/apps/reservation/main.aspx?TY=F&AC=STI&CN=FcGC0CEXxCo%3D&FLN=p%2BNX5Euypls%3D)

United has partnered with Sustainable Travel International (STI), a non-profit organization that supports global climate protection and environmental conservation. STI offers customers the option to make a contribution to offset their carbon footprints for travel on United. All contributions are paid directly to STI. United does not receive any portion of any contribution.

Sustainable Travel International calculates that to offset your amount of $CO_2$ from this itinerary, you may contribute $29.51 or another amount.



**Trip information**

https://www.United.Com/Ual/En/Us/Flight-Search/Book-A-Flight/Confirmation/Printerfriendly/Rev?

Confirmation number:

## GE2VT7

Chicago, IL, US (ORD - O'Hare) to Saipan, MP, US (SPN)

Manage reservation (https://www.united.com/web/en-US/apps/reservation/main.aspx?TY=F&AC=VI&CN=FcGC0CEXxCo%3D&FLN=p%2BNX5Euypls%3D)

### Trip summary

**Monday, November 16, 2015**

| Mon, Nov 16 | ✈ | Wed, Nov 18 | | 2 Connections |
|---|---|---|---|---|
| 12:15 pm | | 3:35 am | | 23h 20m total |
| Chicago, IL, US (ORD - O'Hare) | | Saipan, MP, US (SPN) | | |

ⓘ Please note this flight involves a date change.

| ORD to NRT | UA 881 | Boeing 747-400 | 📶 ⓘ |
|---|---|---|---|

4h 50m connection

| NRT to GUM | UA 874 | Boeing 777-200 | 📶 ⓘ |
|---|---|---|---|

50m connection

| GUM to SPN | UA 2923 | ATR 42/72 | ⓘ |
|---|---|---|---|
Operated By CAPE AIR DBA UNITED EXPRESS.

▸ Details (#flight-details-1)

**Friday, November 20, 2015**

| 4:15 am | ✈ | 7:05 am | | 2 Connections |
|---|---|---|---|---|
| Saipan, MP, US (SPN) | | San Francisco, CA, US (SFO) | | 20h 50m total |

| SPN to GUM | UA 2924 | ATR 42/72 | ⓘ |
|---|---|---|---|
Operated By CAPE AIR DBA UNITED EXPRESS.

2h 5m connection

| | | |
|---|---|---|
| GUM to HNL | UA 200 | Boeing 777-200 |

5h 25m connection

| | | |
|---|---|---|
| HNL to SFO | UA 235 | Boeing 737-900 |

▶ Details (#flight-details-2)

Contribute Now (https://www.united.com/web/en-US/apps/reservation/main.aspx?TY=F&AC=STI&CN=FcGC0CEXxCo%3D&FLN=p%2BNX5Euypls%3D)

## Sunday, November 22, 2015

**Sun, Nov 22**　　**Mon, Nov 23**
**10:42 pm** ✈ **4:50 am**　　　　Nonstop
San Francisco, CA, US (SFO)　Chicago, IL, US (ORD - O'Hare)　　4h 8m total

ⓘ Please note this flight involves a date change.

UA 214　Boeing 737-900

▶ Details (#flight-details-3)

## Travelers

| David Sigale | ORD to NRT | 35K | Frequent flyer: | UA-*****677 |
|---|---|---|---|---|
| | NRT to GUM | 30A | Email address: | dsigale@sigalelaw.com |
| | GUM to SPN | 6A | Home phone: | (630) 452-4547 |
| | SPN to GUM | 9A | Date of birth: | |
| | GUM to HNL | 46J | Gender: | M |
| | HNL to SFO | 35F | | |
| | SFO to ORD | 31E | | |

▼ Important travel information

The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security (http://www.united.com/web/en-US/content/news/travelnoticesecurity.aspx) page.

Any changes to your flight reservations may incur additional charges.

Airlines require government issued photo identification upon check-in, such as a driver's license or passport.

Passport, visa and health requirements (http://www.united.com/web/en-US/content/travel/destination/international/passport.aspx) may apply for this itinerary. Each passenger must ensure that he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage (http://www.united.com/web/en-US/content/contract.aspx). Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State (http://www.travel.state.gov/).

Please read important information governing airline baggage liability limitations (http://www.united.com/web/en-US/content/travel/baggage/liability.aspx).

You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.

Special services are on a request basis and cannot be guaranteed.

Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.

The price displayed includes up to a 7.5% U.S. Federal Transportation Tax on the base amount of the fare on itineraries wholly within the United States. This tax also applies to certain itineraries between the United States and Canada or Mexico. You will not earn PQD or award miles for the full amount of the displayed price for these itineraries because the U.S. Federal Transportation tax is not eligible to earn PQD or miles.

Mileage accrued will vary depending on the terms and conditions of your frequent flyer program. United MileagePlus mileage accrual and other benefits of MileagePlus associated with air travel are subject to the rules of the MileagePlus program.

The award miles and Premier qualifying dollars displayed are calculated using the base fare and any applicable carrier-imposed surcharges for the itinerary. The initial calculation of MileagePlus earnings in the flight search results may be different than the final calculation shown on the Review Trip Itinerary page.

▼ Important baggage information

Carry-on baggage allowed

United accepts the following items, per customer to be carried on the aircraft at no charge:
— One carry-on bag no more than 45 linear inches or 114 linear centimeters
— One personal item (such as a shoulder or laptop bag).

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for more information or go to united.com/baggage (https://www.united.com/web/en-US//content/travel/baggage/default.aspx) .

## Checking bags for this itinerary

Checked baggage service charges are collected at any point in the itinerary where bags are checked. The bag service charges below reflect a maximum outside linear dimension of 62 linear inches (157 cm).

| First and second baggage service charges per traveler as listed below: | 1st bag | 2nd bag | Weight per bag |
|---|---|---|---|
| **Mon, Nov 16, 2015**<br>Chicago, IL, US (ORD - O'Hare)<br>to Saipan, MP, US (SPN) | $0 per traveler | $70 per traveler | 50 lbs (23 kgs) |
| **Fri, Nov 20, 2015**<br>Saipan, MP, US (SPN)<br>to San Francisco, CA, US (SFO) | $0 per traveler | $70 per traveler | 50 lbs (23 kgs) |
| **Sun, Nov 22, 2015**<br>San Francisco, CA, US (SFO)<br>to Chicago, IL, US (ORD - O'Hare) | $0 per traveler | $70 per traveler | 50 lbs (23 kgs) |

These amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary. If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges, allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items or sporting equipment, visit united.com/baggage (https://www.united.com/web/en-US/content/travel/baggage/default.aspx) .

## Check Your First Bag for Free



Save up to $100 per roundtrip. Primary Cardmembers and a companion

Learn more (https://www.united.com/web/en-us/apps/vendors/out.aspx?v_ctrk=6645&i=CONFBAGCNAGDOTExplorer772015&int_source=loyalty&mode=d&int_m 07-07)

## Purchase summary

| | |
|---|---|
| 1 adult (18-64) | $2,839.00 |
| Taxes and fees (#purchSumTF) | $117.10 |
| **Additional services** | |
| Trip insurance     (Billed separately by Allianz Global Assistance) | $184.76 |
| **Total** | **$3,140.86** |

Credit card payment: $2,956.10 (MasterCard-** ) Billed by United

Credit card payment: $184.76 (MasterCard-** ) Billed by Allianz Global Assistance

```
                NAMI
            KANOA RESORT
              SUSUPE
           SAIPAN, MP 96950
            (671) 234-6601

Merchant ID: 5526
Term ID: 05526300    Ref #: 0003

              Sale

XXXXXXXXXXXX4021
MASTERCARD  Entry Method: Manual

Amount:           $      513.00
Tip:
                  -----------------
Total:
                  =================

11/18/15                04:03:56
Inv #: 000003  Appr Code: 00703C
Apprvd: Online   Batch#: 000537
Cust #: 754

              Customer Copy
                THANK YOU
```

```
GREAT AMERICAN BAGEL T1 B14
CHICAGO INTERNATIONAL AIRPORT

800009484 Danielle
-----------------------------------
CHK 799
        NOV16'15 10:59AM
-----------------------------------

1 BAGEL W/MEAT              5.29

    SUBTOTAL                5.29
    TAX                     0.56
    AMOUNT PAID         5.85
    CASH                   10.00
    CHANGE                  4.15
-800009484 Closed NOV16 10:59AM-

   THANK YOU FOR YOUR BUSINESS!

   TELL US ABOUT YOUR EXPERIENCE


           773-686-9210
          ORDGAB@YAHOO.COM

Your order number is: 799
```

```
NAA  Terminal 1
TATSU
TEL 0476-32-1900

2015年11月17日(火) 18:14 No:0481

人数           1名

0000000000066
0001鶏のてりやき丼   内   ¥1,300
0000000000029
0003生ビール小    内     ¥500

小    計              ¥1,800
内税対象額             ¥1,800
(消費税等内税)           ¥133)
合 計                ¥1,800
(税合計)               ¥133)

外貨1                   14.75
  (1US$=¥122.00)
お預り                   20.00
                    (¥2,440)
  (消費税等)             ¥133)
お釣り                   ¥640
                    (US$5.25)

責No:00000001:責1
取引No2326    2点買
```



```
                 880 store
         Susupe, Kanoa Resort Hotel
              Saipan, MP 96950
```



```
Transaction #:          82129
Date:   11/18/2015   Time:  1:06:02 PM
Cashier:   Joan     Register #:    1

Item   Description                  Amount
=====  ===========================  ======
100700STA10STARBUCK MOCHA 5OZ       $3.50
                                   ======
                   Sub Total        $3.50
                   Total            $3.50

           CASH Tendered           $20.00
           Change CASH             $16.50


              *82129*
          Thank you for shopping
                880 store
     We hope you'll come back soon!
```



Wild Bills
11/18/15
$14.95
 3.00
------
$17.95

Club C
11/18/15
$10.50

```
        LSG SKY CHEFS
        P.O.BOX 500270
        SAIPAN,MP 96950
      TEL:234-8258/8210

REG    11-20-2015 04:03
                    000028
FOOD       T1T2      $3.00
BEVERAGE   T1T2      $6.00
TOTAL               $9.00
CASH               $10.00
CHANGE              $1.00
```

```
           MAI TAI BAR
        2259 KALAKAUA AVE.
        HONOLULU, HI 968150000
11/19/2015              20:03:45
           CREDIT CARD
           DISCVR SALE

Card #              XXXXXXXXXXXX2565
Chip Card:          Discover Credit
AID:                A0000001523010
ATC:                          0005
TC:                 86EE34AB46831D44
SEQ #:                          22
Batch #:                       190
INVOICE                         22
SERVER                        0001
Approval Code:              02028R
Entry Method:            Chip Read
Mode:                       Issuer

PRE-TIP AMT              $32.46
TIP                        6.20
TOTAL AMOUNT              38.66

           CUSTOMER COPY
```



```
              880 store
       Susupe, Kanoa Resort Hotel
          Saipan,  MP 96950

              Sales Receipt

Transaction #:    82200
Date:  11/19/2015   Time:  9:52:11 AM
Cashier:  Joan    Register #:  1

Item   Description              Amount
======  =======================  ==========
100700STA10STARBUCK-MOCHA 5OZ    $3.50
100900RSP02MR.BROWN ICED COFFEE VANILLA  $1.75
955000HMB14HMB BLUEBERRY ROLL    $2.00

                                ==========
                  Sub Total      $7.25
                  Total          $7.25

                  CASH Tendered  $10.25
                  Change CASH    $3.00

              *82200*
        Thank you for shopping
              880 store
       We hope you'll come back soon!
```