NON-PROFIT CHARTER OF INCORPORATION
OF

_Tanapag Middle School Parent Teacher Student_ ASSOCIATION (PTSA)

A COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS CORPORATION

TO ALL TO WHOM THESE PRESENTS SHALL COME:

WHEREAS, _Shelley Timmons_ , _Sebastian Tajibmai_ , _Jack Palacios_ , and _Marlene Cruz_ , a majority of whom are residents of the Commonwealth of the Northern Mariana Islands, have filed with the Registrar of Corporations, a verified petition to grant to them and their members a charter of incorporation as a non-profit corporation, in accordance with the provisions of 4 CMC § 4101 *et seq.* and § 4103(c) of the corporate laws.

NOW, THEREFORE, I, in the exercise and execution of every power and authority in anywise enabling me in this behalf, do hereby constitute the said petitioners and their members as a corporation under the laws of the Commonwealth of the Northern Mariana Islands for the purposes and in the form hereinafter set forth.

I.

The name of the corporation shall be:

_Tanapag Middle School Parent Teacher Student Associatio_

II.

The location of the principal office of the corporation shall be at the village of _Tanapag_ _____ (as indicated by the map attached hereto) on the island of _Saipan_ in the CNMI; and the specific mailing address of the non-profit corporation shall be: _P.O. Box 501370, Saipan, MP 96950, CNMI_

Rev. 5/21/99

4

### III.

This corporation is organized exclusively for charitable, religious, educational and scientific purposes, including for such purposes, the making of distributions to organizations under § 501(c)(3) of the Northern Marianas Territorial Income Tax Code (or the corresponding section of any future amended section of the Code).  The specific purpose(s) of this non-profit corporation are: (a) to promote welfare of children & youth in home, school and community, (b) to raise the standards of home life, (c) to bring into closer relation the home and the school, so that parents and teachers may cooperate intelligently in the education of children & youth, and (d) to develop between educators and the general public such united efforts as will secure for all children and youth the highest advantages in education.

### IV.

Unless this language is specifically deleted and another term for the duration of this non-profit corporation is herein set forth, the duration of this corporation shall be "perpetual".

### V.

The officers shall consist of:

President
Vice-President
Secretary
Treasurer

### VI.

The name, citizenship, residence location (as indicated by the map attached hereto) and mailing address of the initial officers are as follows:

| Office Held | Name | Residence Location | Citizenship | Mailing Address |
|---|---|---|---|---|
| President | Shelley Tinmnans | Mt. Tapochau | U.S.A. | PO Box 10002, PMB 1624, Sai |
| V. Pres. | Sebastian Teleknei | Tanastega | FSM | P Box 491 Ele Saipan |
| Secretary | Marlene C. Cruz | San Roque | USA | P.O. Box 500053, Saipan, MP 9695 |
| Treasurer | Joaquin Palacios | Afetnas | U.S. | P.O. Box 502108 Saipan MP 9696 |

## VII.

The name, citizenship, residence location (as indicated by the map attached hereto) and mailing address of the initial Board of Directors, consisting of not less than three (3) are as follows:

| Name | Residence Location | Citizenship | Mailing Address |
|------|--------------------|-------------|-----------------|
| Shelley Timmons | Mt. Tapochau | U.S.A. | PO Box 10002, PMB 1624, Saipan MP 96953 |
| Sebastian Tribuan | Tanapag | F.S.M. | P.O. Box 9541 CK, Saipan |
| Marlene C. Cruz | San Roque | U.S.A. | P.O. Box 500053, Saipan MP 96950 |
| Joaquin Palacios | Afetnas | U.S. | P.O. Box 502108 Saipan MP 96950 |

## VIII.

No part of the net earnings of the corporation shall inure to the benefit of, or be distributed to its members, trustees, directors, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of § 501(c)(3) purposes. No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements any political campaign on behalf of, or in opposition to, any candidate for public office).

Notwithstanding any other provision of the these articles, the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from income tax under § 501(c)(3) of the Northern Marianas Territorial Income Tax Code (or any corresponding section of any future tax code) or (b) by a corporation, contributions to which are deductible under § 170(c)(2) of the Northern Marianas Territorial Income Tax Code (or any corresponding section of any future tax code).

## IX.

The corporation is not organized for profit and it will not issue any stock. Upon the dissolution of this corporation assets shall be distributed for one or more exempt purposes within the meaning of § 501(c)(3) of the Northern Marianas Territorial Income Tax Code (or any corresponding section of any future tax code), or shall be distributed to the CNMI Government, for a public purpose".

6

IN WITNESS WHEREOF, I have hereunto set my hand and seal this ___*3rd*___ day of
___*December*___, 20 *14*.


_____
*[signature]*
MARK O. RABAULIMAN
REGISTRAR OF CORPORATIONS
Commonwealth of the Northern Mariana Islands

Rev. 5/21/99

Mt Tapochau

Greenhill Estate

Capitol Hill

(house 3 on right)

Middle Rd

Beach Area

Tanapag Village

TMS        Mobile Gas Sta

→ To San Roque

Shelley Timmons
President.

Sebastian Tudtud (V. Pres.)

SAN ROQUE

San Antonio Church

Basketball Court

← South
← Middle Road        North

Former Garment Factory.

Palacios Residence.

SHELL

WELCOME

Joaquin Palacios
Treasurer

To Marpi

Marlene Cruz
Secretary

GTC
Elementary