1  **O'CONNOR BERMAN DOTTS & BANES**
   **201 Marianas Business Plaza**
2  **1 Nauru Loop**
   **Susupe, Saipan, CNMI**
3  **Mail: PO Box 501969 Saipan MP 96950**
   **Phone: 234-5684**
4  **Fax: 234-5683**

5  Attorneys for Movant for Intervention

6             IN THE DISTRICT COURT
        FOR THE NORTHERN MARIANA ISLANDS
7

8  DAVID J. RADICH and LI-RONG RADICH,   )   No. 1:14-CV-00020
                                          )
                Plaintiffs,               )   NOTICE OF HEARING
9                                         )
        vs.                               )
10                                        )   Time:
   ROBERT GUERRERO,                       )   Date:
11 in his official capacity as Commissioner )
   of the CNMI Department of Public Safety, and )
12 LARISSA LARSON,                        )
   in her official capacity as Secretary  )
13 of the CNMI Department of Finance,     )
                                          )
14              Defendants.               )
   _____)
15                                        )
   TANAPAG MIDDLE SCHOOL PARENT           )
16 TEACHER STUDENT ASSOCIATION,           )
                                          )
17         Movant for Intervention.       )
   _____)
18
   **TO ALL PARTIES AND THEIR COUNSEL OR RECORD:**
19
          **YOU WILL PLEASE TAKE NOTICE** that, on the date and at the time entered above,
20
   at the District Court, located on the first floor of the Horiguchi Building, on Beach Road at Kopu
21
   di Oru, in Garapan, Saipan, CNMI, the Tanapag Middle School Parent Teacher Student
22
   Association's Motion to Intervene For Purposes of Appeal will come before the Court for
23
   hearing.
24

1

1  Dated: April 26, 2016.

2                                           O'CONNOR BERMAN DOTTS & BANES
                                            Attorneys for Movants
3

4

5                                           By: _____/s/_____
                                                      Joseph E. Horey
6
*1000-09-160425-PL-M to intervene-N*