1  **O'CONNOR BERMAN DOTTS & BANES**
   **201 Marianas Business Plaza**
2  **1 Nauru Loop**
   **Susupe, Saipan, CNMI**
3  **Mail: PO Box 501969 Saipan MP 96950**
   **Phone: 234-5684**
4  **Fax: 234-5683**

5  **Attorneys for Movant for Intervention**

6                    IN THE DISTRICT COURT
           FOR THE NORTHERN MARIANA ISLANDS
7

8  DAVID J. RADICH and LI-RONG RADICH,  )   No. 1:14-CV-00020
                                         )
                   Plaintiffs,           )   **PROPOSED**
9                                        )   **ANSWER**
             vs.                         )
10                                       )
   ROBERT GUERRERO,                      )
11 in his official capacity as Commissioner )
   of the CNMI Department of Public Safety, and )
12 LARISSA LARSON,                       )
   in her official capacity as Secretary )
13 of the CNMI Department of Finance,    )
                                         )
14                 Defendants.            )
   _____)
15                                       )
   **TANAPAG MIDDLE SCHOOL PARENT**      )
16 **TEACHER STUDENT ASSOCIATION,**      )
                                         )
17               Movant for Intervention. )
   _____)
18

19         Pursuant to Rule 24(c) of the Federal Rules of Civil Procedure, Movant for Intervention

20 Tanapag Middle School Parent Teacher Student Association hereby submits its proposed

21 Answer, attached hereto as an Exhibit.

22

23 //

24

                                        1

Respectfully submitted this 26th day of April, 2016.

                O'CONNOR BERMAN DOTTS & BANES
                Attorneys for Movants

                By: _____/s/_____
                           Joseph E. Horey

*1000-09-160425-proposed answer cover sheet*