F I L E D
Clerk
District Court
MAY 09 2016
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DAVID J. RADICH and LI-RONG RADICH,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JAMES C. DELEON GUERRERO, in his official capacity as Commissioner of the Department of Public Safety of Commonwealth of the Northern Mariana Islands, and LARISSA LARSON, in her official capacity as Secretary of the Department of Finance of the Commonwealth of the Northern Mariana Islands,<br><br>　　　　　　　Defendants. | Case No.: 1-14-CV-00020<br><br>**ENTRY OF JUDGMENT** |

In accordance with the court's Decision and Order Granting Plaintiff's Cross Motion for Summary Judgment and Denying Defendants' Cross Motion for Summary Judgment issued on March 28, 2016 (ECF No. 60), the Clerk hereby enters judgment as follows:

1. Plaintiffs' cross-motion for summary judgment (ECF No. 51) is granted and Defendants' cross-motion for summary judgment (ECF No. 50) is denied;

2. The handgun and handgun ammunition ban contained in 6 CMC § 2222(e) is declared unconstitutional and in violation of the Covenant that incorporated the Second Amendment to the U.S. Constitution;

3. The handgun and handgun ammunition import ban contained in 6 CMC § 2222(e)

    and 6 CMC § 2301(a)(3) is declared unconstitutional and in violation of the Covenant that incorporated the Second Amendment to the U.S. Constitution;

4. The prohibition on issuing WICs to lawful permanent residents in 6 CMC § 2204(l) is declared unconstitutional and in violation of the Covenant that incorporated the Fourteenth Amendment to the U.S. Constitution;

5. The implied prohibition on issuing WICs for self-defense, or "family defense" as stated on the WIC application, is declared unconstitutional and in violation of the Covenant that incorporated the Second Amendment to the U.S. Constitution;

6. Defendant Deleon Guerrero, in his official capacity as Commissioner of the DPS, and Defendant Larson, in her official capacity as the Secretary of the Department of Finance, are permanently enjoined from enforcing the unconstitutional handgun and handgun ammunition bans contained in 6 CMC §§ 2222(e) and 6 CMC § 2301(a)(3) against Plaintiffs;

7. Defendant Deleon Guerrero, in his official capacity as Commissioner of the DPS, is permanently enjoined from enforcing the prohibition on issuing WICs to lawful permanent aliens in 6 CMC § 2204(l) against Plaintiff Li-Rong Radich;

8. Defendant Deleon Guerrero, in his official capacity as Commissioner of the DPS, is permanently enjoined from refusing to issue WICs to Plaintiffs for self-defense purposes, or "family defense" as stated on the WIC application;

9. Defendant Deleon Guerrero, in his official capacity as Commissioner of the DPS, shall issue WICs to Plaintiffs, if he finds that they satisfy the unchallenged provisions of the Weapons Control Act, no later than 30 days after the issuance of the Decision and Order (ECF 60); and

10. Plaintiffs are awarded costs and fees pursuant to 42 U.S.C. § 1988.

SO ENTERED this 9TH day of May, 2016.

_____
HEATHER L. KENNEDY
Clerk of Court