IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court
MAY 09 2016
for the Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| DAVID J. RADICH and LI-RONG RADICH, ) ) Plaintiffs, ) ) v. ) ) JAMES C. DELEON GUERRERO, in his ) official capacity as Commissioner of the ) Department of Public Safety of the ) Commonwealth of Northern Mariana ) Islands, and LARRISA LARSON, in her ) official capacity as Secretary of the ) Department of Finance of the ) Commonwealth of Northern Mariana ) Islands, ) ) ) Defendants. ) | Case No. 1:14-CV-20 |

## PLAINTIFFS' L.R.16.2CJ.e.1.(a) REQUEST TO APPEAR TELEPHONICALLY

Plaintiffs, DAVID J. RADICH and LI-RONG RADICH, by and through undersigned counsel, request that Plaintiffs' counsel, David G. Sigale, be granted leave to appear telephonically at the hearings on May 10, 2016 and May 26, 2016.

1.  Attorney Sigale does not reside on the island of Saipan, and he does reside outside of Chicago, Illinois.

2.  CNMI L.R.16.2CJ.e.1.(a) states, in relevant part:

    Telephone Conferencing. Upon request (made at least one full calendar week prior to the hearing date) of any attorney who does not reside on the island of Saipan . . . the court, in its discretion, may hold by telephone the CMC and other conferences, and any scheduled argument on motions. Telephone conferencing is encouraged when that practice will save the attorneys, parties, or court time and money.

3.  Though Attorney Sigale wishes to participate in all aspects of this litigation (and has done so), it is neither feasible nor economical for him to appear in person at the § 1988 attorney fee hearing of May 10, 2016 (as well as being more economical for the Commonwealth), or the pending F.R.Civ.P. 24 Motion to Intervene set for hearing on May 26, 2016.

4.  Therefore, Attorney Sigale requests leave of this Court to appear telephonically on May 10, 2016, and May 26, 2016. His local counsel, Daniel Guidotti, will also appear at the hearings in person.

5.  Attorney Sigale apologizes for not making this Request within 10 days as to the May 10, 2016 fee hearing, but this failure was inadvertent, and Attorney Sigale seeks the Court's discretion and leniency on this point, as it would be both more economical for the parties to allow counsel to not incur the travel expenses for § 1988 fee litigation, and it would be highly prejudicial to Plaintiffs if lead counsel were not allowed to participate in the hearing.

WHEREFORE, the Plaintiffs, DAVID J. RADICH and LI-RONG RADICH, respectfully request this Honorable Court to grant their counsel, David G. Sigale, leave to appear at (1.) the May 10, 2016 hearing on § 1988 attorney's fees, and (2.) the May 26, 2016, hearing on the pending F.R.Civ.P. 24 Motion to Intervene, telephonically, and to grant any and all further relief as this Court deems just and proper.

Dated: May 9, 2016            Respectfully submitted,

By:       /s/ David G. Sigale      
          David G. Sigale

| | |
|---|---|
| <u>Lead Counsel</u> | <u>Local Civil Rule 83.5(f) Counsel</u> |
| David G. Sigale, Esq. (#6238103 (IL)) | Daniel T. Guidotti, Esq. (#0473 CNMI)) |
| LAW FIRM OF DAVID G. SIGALE, P.C. | Marianas Pacific Law LLC |
| 799 Roosevelt Road, Suite 207 | 2nd Floor, J.E. Tenorio Building |
| Glen Ellyn, IL 60137 | Middle Road, Gualo Rai |
| Tel:  630.452.4547 | P.O. Box 506057 |
| Fax:  630.596.4445 | Saipan, MP 96950 |
| dsigale@sigalelaw.com | Tel: +1.670.233.0777 |
| Admitted *Pro hac vice* | Fax: +1.670.233.0776 |
| | dan.guidotti@mpaclaw.com |

*Attorneys for Plaintiffs*