IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court
MAY 10 2016
for the Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| DAVID J. RADICH and LI-RONG RADICH, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JAMES C. DELEON GUERRERO, in his )<br>official capacity as Commissioner of the )<br>Department of Public Safety of the )<br>Commonwealth of Northern Mariana )<br>Islands, and LARRISA LARSON, in her )<br>official capacity as Secretary of the )<br>Department of Finance of the )<br>Commonwealth of Northern Mariana )<br>Islands, )<br>)<br>Defendants. ) | Case No. 1:14-CV-20 |

## ORDER GRANTING PLAINTIFFS' L.R.16.2CJ.e.1.(a) REQUEST FOR COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANATGEMENT CONFERENCE

This matter, before the Court on Plaintiffs David J. Radich and Li-Radich's L.R.16.2CJ.e.1.(a) Request for their counsel, David G. Sigale, to appear telephonically at the May 10, 2016 hearing on 42 U.S.C. 1988 attorney's fees, and the May 26, 2016, hearing on the pending F.R.Civ.P. 24 Motion to Intervene, due notice to all parties, the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. Plaintiffs' Request is granted;

2. Attorney David G. Sigale is granted leave to appear telephonically at the hearings on May 10, 2016 and May 26, 2016.

_____
Hon. Ramona V. Manglona
Chief Judge

_____
May 10, 2016
Date