F I L E D
Clerk
District Court

MAY 10 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

1:14-cv-00020　　　　　　　　　　　　　　　　　　　May 10, 2016
　　　　　　　　　　　　　　　　　　　　　　　　　　10:00 a.m.

**DAVID L. RADICH, et al. -vs- ROBERT A. GUERRERO, et al.**

PRESENT:　HON. RAMONA V. MANGLONA, CHIEF JUDGE  PRESIDING
　　　　　　PATRICIA GARSHAK, COURT REPORTER
　　　　　　TINA MATSUNAGA, COURTROOM DEPUTY
　　　　　　DAVID SIGALE, ATTORNEY FOR PLAINTIFFS
　　　　　　DANIEL GUIDOTTI, ATTORNEY FOR PLAINTIFFS
　　　　　　JAMES ZARONES, ATTORNEY FOR DEFENDANTS

PROCEEDINGS:　MOTION FOR ATTORNEY FEES AND EXPENSES

　　　Attorneys David Sigale and Daniel Guidotti appeared on behalf of Plaintiffs.  Attorney Sigale appeared telephonically.  Attorney James Zarones appeared on behalf of Defendants.

　　　Court stated that it had received the motion, supporting documents and opposition, and that no reply was filed by the Plaintiffs.  Attorney Sigale stated his reasons for not filing a reply and that there was nothing he was going to put a reply brief that he could not bring to the Court's attention now.

　　　Attorney Sigale argued Plaintiffs' Motion for Attorney Fees and Expenses, ECF No. [61].  Attorney Guidotti also argued in support of the motion.  Parties agreed to substitute Defendant James Deleon Guerrero with the current Department of Public Safety Commissioner, Robert A. Guerrero.  At 10:45 a.m., Attorney Zarones argued in opposition.  At 11:05 a.m., Attorney Sigale argued in reply to Defendants' opposition.

　　　Court, after hearing all arguments, took the matter under advisement and stated that a written decision would be forthcoming.

　　　　　　　　　　　　　　　　　Adjourned at 11:20 a.m.


　　　　　　　　　　　　　　　　　/s/ Tina Matsunaga, Courtroom Deputy

_____

**CERTIFICATE OF OFFICIAL COURT RECORDER**

      I, Tina Matsunaga, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on May 10, 2016. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above entitled case.  I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).

_____