O'CONNOR BERMAN DOTTS & BANES
201 Marianas Business Plaza
1 Nauru Loop
Susupe, Saipan, CNMI
Mail: PO Box 501969 Saipan MP 96950
Phone: 234-5684
Fax: 234-5683

Attorneys for Movant for Intervention

FILED
Clerk
District Court

JUN 0 8 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DAVID J. RADICH and LI-RONG RADICH, | No. 1:14-CV-00020 |
| Plaintiffs, | NOTICE OF APPEAL |
| vs. | |
| ROBERT GUERRERO, in his official capacity as Commissioner of the CNMI Department of Public Safety, and LARISSA LARSON, in her official capacity as Secretary of the CNMI Department of Finance, | |
| Defendants; | |
| TANAPAG MIDDLE SCHOOL PARENT TEACHER STUDENT ASSOCIATION, | |
| Movant for Intervention. | |

Notice is hereby given that the Tanapag Middle School Parent Teacher Student Association, Movant for Intervention in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Decision and Order Denying Motion to Intervene entered in this action on the 27th day of May, 2016, and from the final judgment entered in this action on the 9th day of May, 2016.

1

1  Respectfully submitted this eighth day of June, 2016.

2                                                          O'CONNOR BERMAN DOTTS & BANES
                                                           Attorneys for Defendants

3

4

5  By: /s/
      Joseph E. Horey

6

7  *1000-09-160608-ptsa's notice of appeal*