O'CONNOR BERMAN DOTTS & BANES
201 Marianas Business Plaza
1 Nauru Loop
Susupe, Saipan, CNMI
Mail: PO Box 501969 Saipan MP 96950
Phone: 234-5684
Fax: 234-5683

Attorneys for Movant for Intervention

IN THE DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DAVID J. RADICH and LI-RONG RADICH, | No. 1:14-CV-00020 |
| Plaintiffs, | REPRESENTATION STATEMENT |
| vs. | |
| ROBERT GUERRERO, in his official capacity as Commissioner of the CNMI Department of Public Safety, and LARISSA LARSON, in her official capacity as Secretary of the CNMI Department of Finance, | |
| Defendants. | |
| TANAPAG MIDDLE SCHOOL PARENT TEACHER STUDENT ASSOCIATION, | |
| Movant for Intervention. | |

Pursuant to Ninth Circuit Rule 3-2, Appellant hereby advises that the parties to the action, and the names, addresses and telephone numbers of their respective counsel, are as follows:

*Plaintiffs: David J. Radich and Li-Rong Radich*
Counsel:    Daniel T. Guidotti
Address:    2nd Floor, J.E. Tenorio Building
            Gualo Rai, Saipan, CNMI
Mail:       PO Box 506057 Saipan MP 96950
Telephone:  (670) 233-0777

1

|   |   |   |
|---|---|---|
| Counsel: | David G. Segale |   |
| Address: | 790 Roosevelt Road, Suite 207 |   |
|   | Glen Ellen, Illinois 60137 |   |
| Telephone: | (630) 542-4547 |   |

*Defendants: Robert Guerrero and Larissa Larson*
Counsel:    James M. Zarones
Address:    Office of Attorney General (Civil)
            Capitol Hill, Saipan, CNMI
Telephone:  (670) 237-7500

*Movants for Intervention / Appellants:*
*Tapanag Middle School Parent Teacher Student Association*
Counsel:    Joseph E. Horey
Address:    201 Marianas Business Plaza
            Susupe, Saipan, CNMI
Mail:       PO Box 501969 Saipan MP 96950
Telephone:  (670) 234-5684

Respectfully submitted this 8th day of June, 2016.

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Movants

By: /s/ Joseph E. Horey
    Joseph E. Horey

*1000-09-160608-representation statement*