(Rev. 08/02)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

TRANSCRIPT DESIGNATION AND ORDERING FORM

U.S. Court of Appeals Case No. __16-16065__   U.S. District Court Case No. __1:14-cv-00020__

Short Case Title __Radich v. Guerrero__

Date Notice of Appeal Filed by Clerk of District Court __June 8, 2016__

# SECTION A - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pretrial Proceedings |
| | | Other (please specify) |

(attach additional page for designations if necessary)

[✓]  I do not intend to designate any portion of the transcript and will notify all counsel of this intention

[ ]  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereon upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ]  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered_____

Estimated date for completion of transcript_____

Type or Print Name __Joseph E. Horey__

Signature of Attorney __/s/ Joseph E. Horey__   Phone Number __(670) 234-5684__

Address __Law Offices of O'Connor Berman Dotts & Banes, PO Box 501969 Saipan MP 96950__

NOTE: This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts. Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 744-9800.

SPECIFIC INSTRUCTIONS:
(1) Complete SECTION A, place additional designations on blank paper if needed
(2) Upon completion, bring ALL five parts to the Office of the Clerk, U.S. District Court, Northern Mariana Islands for filing
(3) Send COPY ONE to the Office of the Clerk, U.S. District Court, Northern Mariana Islands
(4) Send COPY TWO and COPY THREE to Court Reporter(s). Contact Court Reporter(s) to make further arrangements for payment and continue to monitor progress of transcript preparation
(5) Send COPY FOUR to all other parties (make copies if necessary)
(6) Keep COPY FIVE for your record

COPY ONE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

## TRANSCRIPT DESIGNATION AND ORDERING FORM

U.S. Court of Appeals Case No. __16-16065__   U.S. District Court Case No. __1:14-cv-00020__

Short Case Title __Radich v. Guerrero__

Date Notice of Appeal Filed by Clerk of District Court __June 8, 2016__

### SECTION A - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pretrial Proceedings |
| | | Other (please specify) |

(attach additional page for designations if necessary)

☑ I do not intend to designate any portion of the transcript and will notify all counsel of this intention

☐ As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereon upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____

Estimated date for completion of transcript _____

Type or Print Name __Joseph E. Horey__

Signature of Attorney __/s/ Joseph E. Horey__   Phone Number __(670) 234-5684__

Address __Law Offices of O'Connor Berman Dotts & Banes, PO Box 501969 Saipan MP 96950__

### SECTION B - To be completed by reporter

I, _____ have received this designation.
(signature of court reporter)

☐ Arrangements for payment were made on _____

☐ Arrangements for payment have not been made pursuant to FRAP 10(b).
____ Approximate Number of Pages in Transcript-Due Date _____

**NOTE TO COURT REPORTER**
Be sure to notify the court of appeals if suitable arrangements are not made and you do not intend to commence preparation of the transcript.
(1) When designation of transcript is received, contact the attorney regarding payment
(2) Complete this copy and send to court of appeals in compliance with FRAP 11(b)
(3) Complete and file COPY THREE upon completion of the transcript.

**COPY TWO**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

## TRANSCRIPT DESIGNATION AND ORDERING FORM

U.S. Court of Appeals Case No. __16-16065__    U.S. District Court Case No. __1:14-cv-00020__

Short Case Title __Radich v. Guerrero__

Date Notice of Appeal Filed by Clerk of District Court __June 8, 2016__

### SECTION A - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pretrial Proceedings |
| | | Other (please specify) |

(attach additional page for designations if necessary)

☑ I do not intend to designate any portion of the transcript and will notify all counsel of this intention

☐ As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereon upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____

Estimated date for completion of transcript _____

Type or Print Name __Joseph E. Horey__

Signature of Attorney __[signature]__    Phone Number __(670) 234-5684__

Address __Law Offices of O'Connor Berman Dotts & Banes, PO Box 501969 Saipan MP 96950__

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this copy and submit to the U.S. District Court with the completed transcript. The District Court will not file the transcript without this completed form.

Date transcript filed _____    Court Reporter's Signature _____

### SECTION D

U.S. DISTRICT COURT CLERK: I certify that the record is available in the Office of the U.S. District Court.

__Galo L. Perez__ _____    BY: _____ _(U.S. District Court Clerk)_
(Date)                                   DEPUTY CLERK

This copy is the **CERTIFICATE OF RECORD**. It should be transmitted to the Court of Appeals by the District Court Clerk when the transcript is filed and the record is complete in the District Court.

**COPY THREE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

## TRANSCRIPT DESIGNATION AND ORDERING FORM

U.S. Court of Appeals Case No. __16-16065__   U.S. District Court Case No. __1:14-cv-00020__

Short Case Title __Radich v. Guerrero__

Date Notice of Appeal Filed by Clerk of District Court __June 8, 2016__

### SECTION A - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pretrial Proceedings |
| | | Other (please specify) |

(attach additional page for designations if necessary)

☑ I do not intend to designate any portion of the transcript and will notify all counsel of this intention

☐ As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereon upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered ____

Estimated date for completion of transcript ____

Type or Print Name __Joseph E. Horey__

Signature of Attorney __/s/ Joseph E. Horey__   Phone Number __(670) 234-5684__

Address __Law Offices of O'Connor Berman Dotts & Banes, PO Box 501969 Saipan MP 96950__

### SERVICE OF COPIES FOR OTHER PARTIES TO CASE

A copy of this page must be served on ALL parties to the case. Photocopy if necessary

**COPY FOUR**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

## TRANSCRIPT DESIGNATION AND ORDERING FORM

U.S. Court of Appeals Case No. __16-16065__   U.S. District Court Case No. __1:14-cv-00020__

Short Case Title __Radich v. Guerrero__

Date Notice of Appeal Filed by Clerk of District Court __June 8, 2016__

### SECTION A - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pretrial Proceedings |
| | | Other (please specify) |

(attach additional page for designations if necessary)

☑ I do not intend to designate any portion of the transcript and will notify all counsel of this intention

☐ As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereon upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____

Estimated date for completion of transcript _____

Type or Print Name __Joseph E. Horey__

Signature of Attorney __[signature]__   Phone Number __(670) 234-5684__

Address __Law Offices of O'Connor Berman Dotts & Banes, PO Box 501969 Saipan MP 96950__

FILE COPY FOR ORDERING PARTY

COPY FIVE