**FILED**
Clerk
District Court
JUL 21 2018
for the Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 20 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID J. RADICH; LI-RONG RADICH, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ROBERT A. GUERRERO, in his official capacity as Commisioner of the Department of Public Safety of the CNMI; LARRISA LARSON, <br><br> Defendants-Appellees, <br><br> v. <br><br> TANAPAG MIDDLE SCHOOL PARENT TEACHER STUDENT ASSOCIATION, Proposed Intervenor, <br><br> Movant-Appellant. | No. 16-16065 <br><br> DC No. 1:14-cv-020 <br> D N. Mariana Islands, <br> Saipan <br><br><br> ORDER |

Before: TASHIMA, W. FLETCHER, and HURWITZ, Circuit Judges.

Appellant's unopposed motion for stay of mandate and enlargement of time to file rehearing petition is granted.

1. The time within which to file a petition for panel rehearing and/or rehearing en banc is extended to October 18, 2018.

2. If a timely petition for rehearing is filed, the mandate shall be stayed pursuant to Federal Rule of Appellate Procedure 41(d)(1) and (2) or until further order of the court.