FILED
Clerk
District Court
NOV 23 2018
for the Northern Mariana Islands
By_____
(Deputy Clerk)

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 21 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID J. RADICH; LI-RONG RADICH, | |
| Plaintiffs-Appellees, | No.   16-16065 |
| v. | DC No. 1:14 cv-020<br>D N. Mariana Islands,<br>Saipan |
| ROBERT A. GUERRERO, in his official capacity as Commisioner of the Department of Public Safety of the CNMI; LARRISA LARSON, | |
| | ORDER |
| Defendants-Appellees, | |
| v. | |
| TANAPAG MIDDLE SCHOOL PARENT TEACHER STUDENT ASSOCIATION, Proposed Intervenor, | |
| Movant-Appellant. | |

Before:   TASHIMA, W. FLETCHER, and HURWITZ, Circuit Judges.

The panel has voted to deny the petition for panel rehearing. Judges Fletcher and Hurwitz vote to deny the petition for rehearing en banc and Judge Tashima so recommends. The full court has been advised of the petition for

rehearing en banc and no judge of the court has requested a vote on en banc rehearing. *See* Fed. R. App. P. 35(f). The petition for panel rehearing and the petition for rehearing en banc are denied.