# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**

NOV 29 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FILED**
Clerk
District Court
NOV 30 2018
for the Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| DAVID J. RADICH and LI-RONG RADICH, | No. 16-16065 |
| Plaintiffs - Appellees, | D.C. No. 1:14-cv-00020 |
| v. | U.S. District Court for the Northern Mariana Islands, Saipan |
| ROBERT A. GUERRERO, in his official capacity as Commisioner of the Department of Public Safety of the CNMI and LARRISA LARSON, | **MANDATE** |
| Defendants - Appellees, | |
| v. | |
| TANAPAG MIDDLE SCHOOL PARENT TEACHER STUDENT ASSOCIATION, Proposed Intervenor, | |
| Movant - Appellant. | |

The judgment of this Court, entered July 09, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $62.70.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7